Pro Se 15 2016

FILED _____ LODGED
_____ RECEIVED
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

FILED _____ LODGED
_____ RECEIVED
JUN 12 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

FILED _____ LODGED
_____ RECEIVED
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Candace Marie Arden

                    Plaintiff(s),

v.

City of Long Beach Police & Fire
Departments; Long Beach South Pacific
District Court Clerks Office, Judges, &
Prosecutors; Pacific County 911
Communications & Dispatch, Superior
Court Clerk's Office, Prosecutorial &
Judicial Officers, et., eal.

CASE NO. 3:23-cv-5195-JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ☐ Yes ☒ No

*As Modified*

*Corrected & Amended*
*refiled on April 18th*
*2023 &*
*Amended Again on June 9, 2023*

*By: Candace*

### I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed*

| | |
|---|---|
| Name | Candace Marie Arden  (possibly State Farm) |
| Street Address | 3095 Highway 101, Ste. 11-110 |
| City and County | Gearhart, Clatsop County |
| State and Zip Code | Oregon  97138 |
| Telephone Number | 503-739-6374 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - *1*

*Pro Se 1 2022*

B *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | City of Long Beach, South Pacific District Court; Judge Kaino, AJudge Nancy McAllister; Prosecutors, Willaim Penoyar & Ashley Fluckinger, & all clerks of the Court, *Police officers, 911 Communication* |
| Job or Title (if known) | See Above for Details *Dispatch, All Pacific County Superior Court Staff, Clerk, Prosecutors, Judicial Staff* |
| Street Address | 77013 Sandridge Road |
| City and County | Long Beach, Pacific County |
| State and Zip Code | Washington 98631 |
| Telephone Number | 360-642-9417 |

Defendant No. 2

| | |
|---|---|
| Name | Ocean Beach Hospital |
| Job or Title (if known) | Kevin Ochoa, M.D. & Richard Brunkan, M.D. |
| Street Address | 171 First Ave. N. |
| City and County | Ilwaco, Pacific County |
| State and Zip Code | Washington 98624 |
| Telephone Number | 360-642-9417 |

Defendant No. 3

| | |
|---|---|
| Name | Legacy Emanuel Hospital |
| Job or Title (if known) | Ronald R. Barbosa, Emergency Doctor |
| Street Address | 2801 N. Gantenbein Avenue |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon 97138 |
| Telephone Number | (503)739-6374 |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

Defendant No. 4

| | |
|---|---|
| Name | Trish Agnish, dba LBT Enterprises, LTD |
| Job or Title *(if known)* | Owner/Operator |
| Street Address | 305 Pacific Avenue S |
| City and County | Long Beach |
| State and Zip Code | Washington  98631-3937 |
| Telephone Number | 505-298-098 & (3670-783—2470) |

Defendant No. 5

| | |
|---|---|
| Name | Todd Dealman &  James P. Hogg |
| Job or Title *(if known)* | Supervisor and Game Patroller |
| Street Address | 48 Devonshire Road |
| City and County | Montesano, Grays Harbor |
| State and Zip Code | Washington 98536 |
| Telephone Number | (360)2349-6522 |

Defendant No. 6

| | |
|---|---|
| Name | Mark Underwood,, ex, al |
| Job or Title *(if known)* | Husband & Wife |
| Street Address | 439 Bluegrass Drive |
| City and County | Culver, Jefferson  (Resided in Long Beach) |
| State and Zip Code | Oregon  97734 |
| Telephone Number | (541)779-1315 |

Defendant No. 7

| | |
|---|---|
| Name | Washington State Patrol |
| Job or Title *(if known)* | Breath Test Division Records & Laboratories |
| Street Address | 811 East Roanoke |
| City and County | Seattle, King |
| State and Zip Code | Washington,  (unknown Zip Code) |

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2022*

| | |
|---|---|
| Telephone Number | (206)720-3018, Ex 24104 |
| Defendant No. | • Lewis County District & Superior courts Judges, Prosecutors, Commissioners, Court appointed Counsel, Clerks, Lewis County Jail, , etc. Rowe, Wendy Trip, Rachael Tiller, Etc. |
| Name | Mike Rowe, Wendy Trip, Rachael Tiller, etc |
| Job or Title *(if known)* | Judges, Prosecutors, etc. and staff |
| Street Address | 345 West Main |
| City and County | Chehalis, Washington 98532 |
| State and Zip Code | Washington |
| Telephone Number | (360)740-1333 |

**Defendant No.** 9

| | |
|---|---|
| Name | Mason County Superior/Municipal Courts |
| Job or Title *(if known)* | To be named later (possibly |
| Street Address | *Staging auto accidents (with caminos)* |
| City and County | *with hospital (giving drugs* |
| State and Zip Code | *that they can't prescribe* |
| Telephone Number | |

| | |
|---|---|
| | Thurston County Superior Courts, Sheriff Departments, City Police, etc. |
| Name  10 | To be named later (possibly) *Federal agency* |
| Job or Title *(if known)* | *operating child prostitution ring* |
| Street Address | |
| City and County | |
| State and Zip Code | |

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1 /

Name                              Raymond Bord

Job or Title *(if known)*         Insurance fraudster

Street Address                    P.O. Box unknown

City and County                   Daviers Pacific Co.

State and Zip Code                WA

Telephone Number                  Stege accident 1 2 to
                                  get me dropped by my
                                  insurance company

Defendant No. 2

Name                              More Defendants

Job or Title *(if known)*         may be added as is

Street Address                    Necessary,

City and County

State and Zip Code

Telephone Number

Defendant No. 3

Name

Job or Title *(if known)*         Please Note: I have

Street Address                    massive documents to

City and County                   proove my case, that

State and Zip Code                should be added later,

Telephone Number                  This accident was an
                                  attempted murder case
                                  by Lewis + Pacific.
                                  they share the jails

COMPLAINT FOR A CIVIL CASE - p 4 a



**Transcript of 911 Calls**

**Pacific County Sheriff**

Audio Recording Transcribed By:
Jan-Marie Glaze, CCR, RPR, CRR    Certified Court Reporter
License No. 2491

```
 1                          INDEX

 2   Proceeding:                                    Page

 3   Track 1                                          3
            Call 1                                    3
 4          Call 2                                    4
            Call 3                                    6
 5   Track 2                                          7
     Track 3                                          8
 6   Track 4                                          8
     Track 5                                          9

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    (Track 1 - Call 1)

2              911: ...Dispatch.
                                        Meg
3              CALLER:  Hi.  This is (inaudible) calling

4   because a friend of mine stole my car and -- yesterday

5   morning I -- or he asked to use it to go look for his

6   cell phone that he dropped.  I have his cell phone on

7   my plan.  (Inaudible) still have $300 to pay on it.
                           Honey
8   And he dropped it in Aberdeen Heights.  And he was

9   supposed to go look for it and bring it back by five in

10  the morning.  I have been calling, texting.  He found

11  the phone at (inaudible).  I know he's got the

12  messages.  The other people with him, you need to bring

13  the car back.  He ignored every message, has not

14  brought the car back, and he --

15             911:  Okay.  So you let him use your car?

16             CALLER:  At five in the morning, and he was

17  supposed to go look for his cell phone on the Aberdeen

18  Highway where he got out of the car, and then -- cuz he

19  cheated on me on Christmas, so I broke up with him, and

20  this was the first day we were gonna talk since what

21  had happened.  And we were coming back from -- we had

22  gone to the casino.  We were coming back from Aberdeen.

23  We were talking and pulled over, and he got out of the

24  car and was kind of walking around, cooling down,

25  because he got caught cheating and was mad.  You know,
```

1    like I did something wrong.

2         Well, he apparently dropped the phone there.  We

3    get back to the house, and I told him -- I asked him, I

4    was like, "Well, where do you want to go?  I'll drop

5    you off.  You're not coming back home.  You know, it's

6    over; it's done."  And he said, "Can I drop you off at

7    the house, take the car --"

8         911:  Okay.  But are you trying to report

9    that your car has been stolen?

10         CALLER:  Yes.

11         911:  Okay.  But you let him use your car, so

12    it's not technically stolen.

13         CALLER:  So what is it when somebody doesn't

14    come back with your car for over 30 hours when they

15    should have only had it, like, an hour?

16         911:  I mean, I can go ahead and let an

17    officer know about this.  I need to put you on hold for

18    just a moment.

19         CALLER:  Okay.

20

21              (Track 1 - Call 2)

22         911:  911, what is your emergency?

23         CALLER:  We have a drunk driver just ran into

24    a car and then is proceeding to drive away, a hit and

25    run.

1      911:  All right.  Where is this located?

2      CALLER:  This is on Main Street in Long

3  Beach, Washington, at the four-way stop.  She just took

4  a right and headed south.

5      911:  Okay.  What kind of vehicle is it?

6      CALLER:  It is a white, boxy -- she just ran

7  into another car just about a hundred yards down the

8  road.  There's lots of people trying to stop this

9  crazy, drunken chick.

10      911:  Okay.  What kind of car is it?

11      CALLER:  It's a white, four-door, boxy car.

12  Go ahead.  Go ahead.

13      911:  What kind --

14      CALLER:  I don't know, ma'am.  It's a white

15  car.  It is a Toyota car.

16      911:  Sir, I understand.  Are you able to see

17  a license plate at all?

18      CALLER:  Yes.  Right now.  089 KBE, Oregon.

19      911:  Okay.

20      CALLER:  She's not moving anywhere, ma'am.

21  She just ran into --  She Just Ran...

22      911:  Okay.  What direction are they heading?

23      CALLER:  Well, she's not heading anywhere.

24  She was going south.  She's a hundred yards south of

25  the four-way intersection in Long Beach.  She's not

1    gonna be moving anymore because she ran into a parked

2    car and disabled her car.  There's ten people

3    surrounding the car right now.

4         911:  Okay.  So we have gotten another report

5    about this.  Can I get your name, sir?

Perky Pile

6         CALLER:  My name is Scott (indecipherable).

7         911:  All right.  I will go ahead and put

8    this information in and let our officers know.

9         CALLER:  Thank you very much.

10        911:  All right.  Thank you.  Bye.

11

12              (Track 1 - Call 3)

13        911:  911, what is your emergency?

14        CALLER:  Yeah.  We just had a car accident in

15   downtown Long Beach.

16        911:  Okay.  What is the location of this?

17        CALLER:  Right in front of the Cottage

18   Bakery.

19        911:  Okay.  Are you on Pacific Avenue?

20        CALLER:  Yes.

21        911:  Okay.  Can I get --

22        CALLER:  It's -- my name is Whitney.

23        911:  I'm sorry.  What is that?

24        CALLER:  My name is Whitney, and there's --

25   it would be at the 2 Beach.  Three vehicles involved,

1    and it's partially blocking right now.

2              911:  Okay.  Is there any injuries?

3              CALLER:  As of right now, there's nothing

4    serious.  The one guy that got hit -- I gotta go up and

5    ask the other one, but the first guy that got hit, he's

6    okay.  The other person --

7              911:  Sir, we have received multiple reports

8    about this.

9              CALLER:  Okay.

10             911:  I'm going to go ahead and put your

11   information in.  Okay?

12             CALLER:  Okay.  Thank you.

13             911:  All right.  Thank you.  Bye.

14

15                (Track 2)

16             911:  911, what's your emergency?

17             CALLER:  Yeah.  We got an accident right in

18   front of Cranberry Castle.

19             911:  What kind of -- what vehicles?

20             CALLER:  It's a car.  A car ran into another

21   car.

22             911:  Two-vehicle accident?

23             CALLER:  Yes.

24             911:  Do you know if it's injuries?

25             CALLER:  Well, it just happened.  There's

1    people standing out there; that's why I'm calling you.

2              911:  Okay.  Hold on just a second.  Okay?

3              CALLER:  Yeah.  Yeah.

4              911:  Let me get some help headed your way,

5    but I'll need more information from you.

6

7                   (Track 3)

8              CALLER:  Am I talking to Long Beach?

9              911:  Just a second here.  This is the center

10   we do for Long Beach.

                                        Mandy
11             CALLER:  Oh, okay.  This is Nancy.  Last name

12   is McNitt, M-c-N-i-t-t, and I'm at 111 Pacific.

                                Nan
13             911:  Okay.  Nancy, let them know that the

14   help is on the way.  Okay?  I'm going to --

15             CALLER:  Okay.

16             911:  -- go ahead and get the fire department

17   out there.

18             CALLER:  All right.  Thanks.

19             911:  Bye-bye.

20             CALLER:  Mm-hm, bye.

21

22                  (Track 4)

23             911:  911, what's your emergency?

24             CALLER:  Hey, yeah.  There's a car wreck

25   right outside of the Candyman Sweet Shop.

1    911: Yep. Just a second. Okay?

2    CALLER: All right.

3    911: Two-vehicle accident out in front of

4 111 Pacific Avenue South? Is that right, sir?

5    CALLER: Oh, yes. Yeah. Yeah. Yeah.

6    911: Just a second. Okay?

7    CALLER: Okay.

8

9    (Track 5)

10    SPEAKER: I don't think anyone was in it.

11    911: Okay. Help is on the way. All right?

12    CALLER: All right. Thank you.

13    911: Bye-bye.

14    CALLER: Bye.

15

16

17

18

19

20

21

22

23

24

25

```
02/11/21                    PACIFIC COUNTY SHERIFF                           618
10:00                        CALL DETAIL REPORT                    Page:       1

Call Number:      210102038

Nature:          PD Accident
Reported:        14:10:26 01/02/21
Rcvd By:         Vanderpool J                      How Rcvd: 9
Occ Btwn:        14:10:24 01/02/21   and 14:10:26 01/02/21
Type:            le
Priority:

Address:         111 PACIFIC AVE S
City:            Long Beach

Alarm:

COMPLAINANT/CONTACT
-------------------
Complainant: CRANBERRY CASTLE,                         Name#:       28963
Race:     Sex:     DOB: **/**/**
Address: 408 PACIFIC AVE S; 3, LONG BEACH
Home Phone: (360)642-8966            Work Phone: (360)642-3088

Contact: CRANBERRY CASTLE Nancy Mcnitt
Address: 111 PACIFIC AVE S
Phone: (360)642-8966

RADIO LOG
---------
Dispatcher Time/Date        Unit    Code Zone Agnc Description
---------- ----------------- ------ ---- ---- ---- ---------------------------
Vanderpool 14:11:01 01/02/21 3L3    ENRT LBPD LBPD incid#=21-0007L Enroute
                                                    call=36l
Vanderpool 14:12:28 01/02/21 DLA    ASSG MEDI LBA  Assigned to a Call call=36e
Vanderpool 14:12:28 01/02/21 DLF    ASSG MEDI LBFD incid#=21010209 Assigned to
                                                    a Call call=36e
Vanderpool 14:12:28 01/02/21 MEDIX  ASSG MEDI LBFD Assigned to a Call call=36e
Vanderpool 14:13:10 01/02/21 3L3    ARRV LBPD LBPD call=36l
Vanderpool 14:14:17 01/02/21 3L3    43   LBPD LBPD one female injured expedite
                                                    aid
Vanderpool 14:14:50 01/02/21 3L3    VHIN LBPD LBPD pl=azs0637
Vanderpool 14:14:58 01/02/21 3L3    VHIN LBPD LBPD pl=089kve st=or
Vanderpool 14:15:10 01/02/21 3L3    VHIN LBPD LBPD pl=345gcu st=or
Vanderpool 14:15:35 01/02/21 3L3    VHIN LBPD LBPD pl=azs0637
Vanderpool 14:18:00 01/02/21 8821   ENRT MEDI LBFD incid#=21010209 Enroute
                                                    call=36e
Vanderpool 14:19:52 01/02/21 8821   ARRV MEDI LBFD blocking S bound lane
                                                    diverting traffic, call=36e
Vanderpool 14:20:15 01/02/21 3L3    4    LBPD LBPD code 4
Vanderpool 14:23:22 01/02/21 8821   43   MEDI LBFD tone out tow truck to
                                                    location vehicle blocking
                                                    traffic
Vanderpool 14:27:44 01/02/21 8821   43   MEDI LBFD medix transporting 1 to OBH
                                                    standing by for Tow
Vanderpool 14:35:43 01/02/21 8821   43   MEDI LBFD come in from south
Vanderpool 14:37:59 01/02/21 3L3    43   LBPD LBPD 089kbe fax to my office
Vanderpool 14:43:16 01/02/21 8821   43   MEDI LBFD loeaded on tow 1 tow truck
                                                    is all that is needed
```

```
02/11/21                    PACIFIC COUNTY SHERIFF                    618
10:00                       CALL DETAIL REPORT          Page:         2

Vanderpool 14:47:15 01/02/21 3L3    CMPL LBPD LBPD  incid#=21-0007L Completed
                                                    Call call=361
Vanderpool 14:47:23 01/02/21 8821   CMPL MEDI LBFD  incid#=21010209 Completed
                                                    Call call=36e
Vanderpool 14:47:23 01/02/21 DLA    CMPL MEDI LBA   Completed Call call=36e
Vanderpool 14:47:23 01/02/21 DLF    CMPL MEDI LBFD  incid#=21010209 Completed
                                                    Call call=36e
Vanderpool 14:47:23 01/02/21 MEDIX  CMPL MEDI LBPD  Completed Call disp:ACT
                                                    clr:NA call=36e
```

COMMENTS
--------
```
2 vehicle accident outfront of
14:13:04 01/02/21 - Vanderpool J
another caller 541 972 5713
14:13:24 01/02/2021 - Roberts M
additional caller scott 3606069877 possible drunk driver white 4 door car
lic/089kbe OR  hitting multiple cars down the main street
14:14:04 01/02/2021 - Roberts M
additional caller whitney 3604704149 3 veh accident, partically blocking, unk
injuries
```

UNIT HISTORY
------------
| Unit | Time/Date | Code |
| ------ | ------------------- | ---- |
| 3L3 | 14:11:01 01/02/21 | ENRT |
| 3L3 | 14:13:10 01/02/21 | ARRV |
| 3L3 | 14:14:17 01/02/21 | 43 |
| 3L3 | 14:14:50 01/02/21 | VHIN |
| 3L3 | 14:14:58 01/02/21 | VHIN |
| 3L3 | 14:15:10 01/02/21 | VHIN |
| 3L3 | 14:15:35 01/02/21 | VHIN |
| 3L3 | 14:20:15 01/02/21 | 4 |
| 3L3 | 14:37:59 01/02/21 | 43 |
| 3L3 | 14:47:15 01/02/21 | CMPL |
| 8821 | 14:18:00 01/02/21 | ENRT |
| 8821 | 14:19:52 01/02/21 | ARRV |
| 8821 | 14:23:22 01/02/21 | 43 |
| 8821 | 14:27:44 01/02/21 | 43 |
| 8821 | 14:35:43 01/02/21 | 43 |
| 8821 | 14:43:16 01/02/21 | 43 |
| 8821 | 14:47:23 01/02/21 | CMPL |
| DLA | 14:12:28 01/02/21 | ASSG |
| DLA | 14:47:23 01/02/21 | CMPL |
| DLF | 14:12:28 01/02/21 | ASSG |
| DLF | 14:47:23 01/02/21 | CMPL |
| MEDIX | 14:12:28 01/02/21 | ASSG |
| MEDIX | 14:47:23 01/02/21 | CMPL |

RESPONDING OFFICERS
-------------------
| Unit | Officer |
| ------ | -------------------- |
| 3L3 | Parker M |
| 8821 | 8821 |

```
02/11/21                 PACIFIC COUNTY SHERIFF                        618
10:00                    CALL DETAIL REPORT             Page:           3

DLA     DLA
DLF     DLF
MEDIX   MEDIX

INVOLVEMENTS
------------
Type Record#   Date     Description                Relationship
---- --------- -------- -------------------------- -------------------------
NM      28963 01/02/21 CRANBERRY CASTLE     408 PACI Complainant
EM   21010209 01/02/21 PD Accident  21010209        Initiating Call
LW   21-0007L 01/02/21 PD Accident  21-0007L 111 PA Initiating Call

WRECKER HISTORY
---------------
Dispatcher Wrecker Time/Date            Code Description
---------- ------- ------------------   ---- ------------------------------------
Vanderpool HILL    14:23:32 01/02/21    ENRT
```

4:29 🅕 🅕 Ⓥ     🕒 4ᴳᴱ ⊿⊿ 41% ▮

⌂     ⚠ **courts.wa.gov/cc**     :D     ⋮

**≋COURTS**

Forms     Court Directory     Opinions     [   ]     Courts     Programs & Organizations     Resources

Rules for Appeal of Decisions of Courts of Limited Jurisdiction

### RULE 6.3.1
### TRANSCRIPT OF ELECTRONIC RECORD

(a) Transcript by Appellant. Unless the superior court orders otherwise, the appellant shall transcribe the electronic recording of proceedings as provided in section (c) of this rule. The transcript shall be filed and served with the appellant's brief.

(b) Transcript by Respondent. If the respondent wishes to add to or challenge the transcript of the recording of proceedings, the respondent shall file and serve an additional transcript with the respondent's brief.

(c) Content of Transcript. The transcript shall contain only those portions of the electronic recording necessary to present the issues raised on appeal. If the appellant intends to urge that a verdict or finding of fact is not supported by the evidence, the appellant shall include in the transcript all testimony relevant to the disputed verdict or finding. If the appellant intends to urge that the court erred in giving or failing to give an instruction, the appellant shall include all objections to the instructions given and refused and the court's rulings.

(d) Transcript Generally.

(1) Form. The transcript may be printed, typed, or neatly handwritten, and need not be certified by a notary public.

(2) Certification. The person preparing the transcript shall certify or declare under penalty of perjury that it is true and correct in accordance with RCW 9A.72.085 or any law amendatory thereof.

(3) Disputes. Disputes concerning the completeness or accuracy of the transcript shall be decided by the superior court.

(e) Additional Transcript. The superior court may order a party to prepare an additional transcript.

(f) No Transcript if Agreed Record. No transcript shall be required if the parties have agreed on a written form of record approved by the court of limited jurisdiction, pursuant to rule 6.1(b).

(g) Cost of Transcript. Any cost or expense in preparing a transcript shall be borne by the party providing it. The expense may be allowed as a cost in accordance with rule 9.3.

[Amended effective June 25, 2002]

Click here to view in a PDF.



Frank Doherty. You can contact his by emailing at nancy.doherty@gmail.com. Zip code 98671 (Washougal) average rent price for two bedrooms is $1,410 per month. The popularity rank for the name Dale was 1259 in the US in 2020, the Social Security Administration's data shows

Ads by BeenVerified

**Background Search: Dale W D.**

Search for Criminal & Traffic Records, Bankruptcies, Assets, Associates, & more

Search Report

# Dale W Doherty Phone Numbers

(360) 606-9877    Cellphone by New Cingular Wireless Pcs, LLC, one person associated
(360) 607-8155    Cellphone by New Cingular Wireless Pcs, LLC, one person associated
(360) 835-5218    Landline phone by Frontier Communications Northwest, Inc,
two persons associated

Ads by BeenVerified

Background Report
Click here to view details

# Dale W Doherty Mail

nancy.doherty@gmail.com

# Persons Associated with Address 4017 Liedtke Way

**Frank Doherty**        Details

(360) 835-5218

# Persons Associated with Phone (360) 606-9877

**Nancy Doherty**        Details

Age 69
5 Bear Prairie Rd  Washougal

# Persons Associated with Phone (360) 607-8155

**Nancy Doherty**        Details

Case 3:23-cv-05195-JCC    Document 14    Filed 06/12/23    Page 21 of 82

⚠ No results were found for **Amanda Mcnitt** with your specified filters: **State:** Washington, **City:** Long Beach. Try a more general search, or view similar matches below.

People Search  ›  Mcnitt  ›  Amanda Mcnitt  ›  **Washington**



# Amanda Mcnitt in Washington

Amanda Mcnitt found in Olympia, Lacey and Tacoma.

## BROWSE LOCATIONS

Lacey, WA  *(1)*                                                                    ›

Olympia, WA  *(2)*                                                                  ›

Tacoma, WA  *(1)*                                                                   ›

**Refine Your Search Results**          Sort by Relevance  ⌄      All Filters  2

## Amanda D Mcnitt, 34

**RESIDES IN OLYMPIA, WA**
**Lived In** Boise ID
**Related To** Daniel Mcnitt, Alexis Mcnitt, Carol Mcnitt, N Mcnitt
**Includes** ✔ Address(3) ✔ Phone(3) ✔ Email(2)

SEE RESULTS

## Carol C Mcnitt, 59

**RESIDES IN OLYMPIA, WA**
**Lived In** Boise ID, Lacey WA, Niceville FL, Eglin Afb FL
**Related To** Daniel Mcnitt, Alexis Mcnitt, N Mcnitt

# We found 1 Results for **Nancy Mcnitt** in Long Beach WA

*Results and Data last Updated **14** hours ago

**Next Step** ▲ Locate the person you are looking for in the results below and click the "Open Report" button.

Sort by: Relevance

**Nancy Mcnitt (https://checkpeople.com/landing/people/gc1k/open-report/step1-opening?**
**providerID=4e434a382d4754334a&firstName=nancy&lastName=mcnitt&city=long-**
**beach&aid=1&sid=free+people+search&tid=73&hitid=&iv=&obcid=)**

Also seen as:
Nancy Prunty

MODIFY SEARCH ()

| | |
|---|---|
| Ocean Park, WA | Alfred Mcnitt |
| Sun City West, AZ | Angela Maguire |
| Graham, WA | David Prunty |
| Edgewood, WA | Diana Mcnitt |
| Long Beach, WA | G Marliss |
| Surprise, AZ | Judith |
| Peoria, AZ | Neilson |
| Show 5 more | Kim Mcnitt |
| | Show 2 more |

Age 80+

Linda McNitt
McNitt Trust
Todd McNitt

OPEN REPORT ● (HTTPS://CHECK

Can't find who you were looking for? **Click here ()** to refine your search.

CheckPeople.com exists to help you have instant access to search for public records easily. CheckPeople does not provide consumer reports and is not a "Consumer Reporting Agency" or "CRA" as that term is defined under the Fair Credit Reporting Act, or "FCRA". CheckPeople is a reseller of the reports obtained through the Service and, as such, cannot guarantee the accuracy of the information therein, particularly criminal record information. Under the FCRA, you are prohibited from using CheckPeople for any of the following reasons: (1) consumer credit checks, (2) employment screening, (3) insurance screening, (4) tenant screening, (5) educational screening, and so forth. For additional information and common examples of prohibited and allowable uses of the Service, see our Do's and Don'ts (https://checkpeople.com/company/dos-donts) and read our Terms of Service (https://checkpeople.com/company/terms-of-service) and Privacy Policy (https://checkpeople.com/company/privacy-policy).

© Copyright 2012-2022 CheckPeople.com        Terms of Service (https://checkpeople.com/company/terms-of-service)        Privacy Policy (https://checkpeople.com/company/privacy-policy)

**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

**Case No. 05−40990−PBS**
**Chapter 7**

In re: Debtor(s) (name(s) used by the Debtor(s) in the last 6 years, including married, maiden, trade, and address):

Nancy B McNitt
aka Nancy Prunty
PO Box 1628
Ocean Park, WA 98640

Social Security No.:
xxx−xx−1884

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **2/3/05.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: 5/9/05

Paul B Snyder
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0981-3         User: admin          Page 1 of 1        Date Rcvd: May 09, 2005
Case: 05-40990               Form ID: b18         Total Served: 6

The following entities were served by first class mail on May 11, 2005.
db         +Nancy B McNitt,   PO Box 1628,   Ocean Park, WA 98640-1628
aty        +Thomas D Neeleman,   9 Exchange Place Ste 417,   Salt Lake City, UT 84111-2756
tr         +Don Thacker,   1115 Esther St #B,   Vancouver, WA 98660-2891
ust        +US Trustee,   700 Stewart St Ste 5103,   Seattle, WA 98101-1271
49575170   +David O. Prunty,   2508 N. Washington,   Tacoma, WA 98406-5842
49575171    Key Bank,   200 Bolstad Ave E,   Long Beach, WA 98631

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2005                    Signature: *Joseph Speetjens*

Go gle          cranberry Castle, Long Beach Washington          ✕  🎤  🔍                    ⚙  ⦂⦂⦂   Sign in

🔍 All     🖼 Images     🗺 Maps     🛍 Shopping     📰 News     ⦂ More          Tools                    SafeSearch on

About 3,410,000 results (0.67 seconds)

https://www.yelp.com › ... › Shopping › Flowers & Gifts   ⦂
**CRANBERRY CASTLE - 111 Pacific Ave S, Long Beach, WA**
**Cranberry Castle** · Map · 111 Pacific Ave S **Long Beach**, WA 98631. Directions · (360)
642-8966. Call Now · More Info. Products for **Cranberry Castle** · Known For. Yes.
Rating: 4.5 · 2 reviews · Price range: $$

https://www.yelp.com › ... › Shopping › Arts & Crafts   ⦂
**CRANBERRY CASTLE - 304 Pacific Ave S, Long Beach, WA**
**Cranberry Castle** · Map · 304 Pacific Ave S # B **Long Beach**, WA 98631. Directions · More Info.
Products for **Cranberry Castle** · Known For. No. Accepts Credit Cards.

https://www.mapquest.com › ... › Long Beach   ⦂
**Cranberry Castle, 111 Pacific Ave S, Long Beach, WA, Antiques**
**Cranberry Castle**. Rated 4.5 / 5from 2 reviews yelp. 111 Pacific Ave S **Long Beach**WA98631.
(360) 642-8966. Claim this business.

https://www.mapquest.com › ... › Long Beach   ⦂
**Cranberry Castle, 600 Pacific Ave S, Long Beach, WA**
Get directions, reviews and information for **Cranberry Castle** in **Long Beach**, WA. ... **Cranberry
Castle**. 600 Pacific Ave S **Long Beach**WA98631. (360) 642-3088.

https://foursquare.com › cranberry-castle   ⦂
**Cranberry Castle - Long Beach, WA - Foursquare**
3 visitors have checked in at **Cranberry Castle**.

https://www.manta.com › ... › Gift Shops   ⦂
**Cranberry Castle - Gift Shop in Long Beach, Washington - Manta**
Get information, directions, products, services, phone numbers, and reviews on **Cranberry
Castle** in **Long Beach**, undefined Discover more Gift, Novelty, ...

https://www.helpmecovid.com › 250470_cranberry-castle   ⦂
**Cranberry Castle - Pacific County, Washington - Helpmecovid**
109 Pacific Ave, **Long Beach**, WA 98631, USA | Store in Pacific County, **Washington**.

https://gift-shops.cmac.ws › ... › WA › Long Beach   ⦂
**Cranberry Castle - Long Beach - Gift Shops - CMac.ws**
**Cranberry Castle**, 408 S Pacific Ave Ste Ste, **Long Beach**, WA 98631. Visit CMac.ws and
discover ratings, location info, hours, photos and more for Cranberry ...

https://maps.roadtrippers.com › US › Washington   ⦂
**Cranberry Castle, Long Beach - WA - Map | Roadtrippers**
**Cranberry Castle**. 0 Reviews. US · **Washington**; **Long Beach**. Save. Learn more about this
business on Yelp. 304 Pacific Ave S **Long Beach**, **Washington**, USA.

https://www.yellowpages.com › long-beach-wa › mip   ⦂
**Cranberry Castle - Long Beach - Yellow Pages**
Get reviews, hours, directions, coupons and more for **Cranberry Castle**. ... Details. Address: 304
Pacific Ave S, **Long Beach**, WA 98631 ...



Long Beach

**Cranberry Castle**

Directions          Save

3.8          8 Google reviews

Gift shop in Long Beach, Washington

**Address:** 304 Pacific Ave S B, Long Beach, WA 98631
**Phone:** (360) 642-3088

Suggest an edit · Own this business?

**Add missing information**

Add website

**Questions & answers**                    Ask a
See all questions (4)

**Reviews** ⓘ                    Write a review     Ad

"The store is a little tight inside but that's okay, more
**selection**."

"**Pricy** but super cute clothes"

View all Google reviews

**People also search for**          View

Carnival     NiVA     Stormin     Beachco...     Cr
Gifts        Green    Norman's  Clothing       Mu
Gift shop    Gift shop Gift shop  store          Mu

About this data

Google    Cranberry Castle

Back to web results for **Cranberry Castle**

**Cranberry Castle**
5.0          (1) · Vacation home rental ag...
1030 Circle Dr
Open 24 hours

Can't find what you are looking for?
ADD A MISSING PLACE

Looking for something different?

See web results

# Cranberry Castle

Directions    Save

3.8          8 Google reviews
Gift shop in Long Beach, Washington

**Address:** 304 Pacific Ave S B, Long Beach, WA 98631
**Phone:** (360) 642-3088

Suggest an edit · Own this business?

## Add missing information
Add website

## Questions & answers
See all questions (4)                          Ask a question

## Review summary ⓘ                          Write a review

5
4
3                                              **3.8**
2
1                                              8 reviews

 "The store is a little tight inside but that's okay, more **selection**."

 "**Pricy** but super cute clothes"

## Google reviews

 **Joan Owens**
22 reviews · 2 photos

5 years ago

Pricy but super cute clothes

 Like

 **Jeff Fisher**
Local Guide · 67 reviews · 1 photo

8 years ago

Cranberry Castle is one of the many tourist shops along the downtown promenade. It may be the most affordable though! Seriously low prices on everything! They had full sweat suits with a bitchin' tiger on them for only $10! The store is a ... More

 1

 **SisterLife**
1 review

Tumwater, Washington

Based on your past activity · Learn more

Help    Send feedback    Privacy    Terms

https://www.google.com/search?client=ms-google-coop&q=Cranberry Castle&cx=007393788203382710513:shzqqxpl3o7&tbs=lf:1,lf_ui:10&tbm=lcl&rfl...    1/1





# MASON COUNTY SHERIFF'S OFFICE

Incident Report for Case 12-06589

| | |
|---|---|
| **Nature:** 16.Drug Law | **Address:** N BUCKHORN WAY |
| **Location:** L079 | Hoodsport WA 98548 |

**Offense Codes:**

| | | |
|---|---|---|
| **Received By:** Riffle,Barbara | **How Received:** T | **Agency:** MCS |

**Responding Officers:**

**Responsible Officers:** Birklid,Nathan     **Disposition:** ACT 05/22/12

**When Reported:** 20:52:55 05/22/12     **Occurred Between:** 20:52:47 05/22/12 and 20:52:47 05/22/12

| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
|---|---|---|
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:** 1333

| | | |
|---|---|---|
| **Last:** Birklid | **First:** Nathan | **Mid:** A |
| **DOB:** 10/29/82 | **Dr Lic:** | **Address:** 322 N 3RD ST; PO Box 1037 |
| **Race:** W   **Sex:** M | **Phone:** (360)427-9670 | **City:** Shelton, WA 98584 |
| | x313 | |

Alert Codes:

MCSO Mason County Sheriff's Office

## Offense Codes

**Reported:** CSSO Cont Substance/
Sale/Manu/Other

**Additional Offense:** CSSO Cont Substance/
Sale/Manu/Other

## Circumstances

**Responding Officers:**     **Unit :**

Birklid,Nathan     1K30

**Responsible Officer:** Birklid,Nathan

**Received By:** Riffle,Barbara

**How Received:** T Telephone

**When Reported:** 20:52:55 05/22/12

**Judicial Status:**

**Misc Entry:**

**Observed:**

THIS COPY WAS PREPARED BY THE MASON COUNTY SHERIFF'S OFFICE ON (DATE) *7/3/12* FOR THE OFFICIAL USE OF ( NAME ) *Candace Arden* (AGENCY) _____ FOR THE PURPOSE OF _____ *Self* AND MAY NOT BE REVEALED TO ANY OTHER INDIVIDUAL AND / OR AGENCY OR USED FOR ANY OTHER PURPOSE THAN STATED WITHOUT THE CONSENT OF THE MASON COUNTY SHERIFF'S OFFICE

**Agency:** MCS

**Last Radio Log:** 20:56:28 05/22/12 CM

**Clearance:**

**Disposition:** ACT **Date:** 05/22/12

**Occurred between:** 20:52:47 05/22/12

**and:** 20:52:47 05/22/12

05/22/12

*Incident Report for Case 12-06589*                                                    *Page 2 of 4*

| Modus Operandi: | Description : | Method : |
| --- | --- | --- |

## Involvements

| Date | Type | Description | |
| --- | --- | --- | --- |
| 05/22/12 | Name | Birklid, Nathan A (Dep) | Complainant |
| 05/22/12 | Name | Clary, Jacob Michael | suspect |
| 05/22/12 | Name | Cuzick, Tylan Karl | mentioned |
| 05/22/12 | Cad Call | 20:52:55 05/22/12 16.Drug Law | Initiating Call |

05/22/12

*Incident Report for Case 12-06589*                                    *Page 3 of 4*

## Name Involvements:

suspect : 26926

    **Last:** Clary               **First:** Jacob           **Mid:** Michael

    **DOB:** ▬▬▬▬         **Dr Lic:** ▬▬▬▬▬      **Address:** 251 Boardwalk

                                ▬▬

    **Race:** W     **Sex:** M     **Phone:** (360)432-8920     **City:** Shelton, WA 98584

Complainant : 1333

    **Last:** Birklid             **First:** Nathan         **Mid:** A

    **DOB:** 10/29/82       **Dr Lic:**             **Address:** 322 N 3RD ST; PO Box 1037

    **Race:** W     **Sex:** M     **Phone:** (360)427-9670     **City:** Shelton, WA 98584

                                      x313

mentioned : 75412

    **Last:** Cuzick            **First:** Tylan           **Mid:** Karl

    **DOB:** ▬▬▬▬         **Dr Lic:**         **Address:** 117 N JORSTED CREEK RD

                          ▬▬▬▬▬

    **Race:** W     **Sex:** M     **Phone:** ▬▬▬▬▬     **City:** Lilliwaup, WA 98555

                                  cell

*Incident Report for Case 12-06589*                                          *Page 4 of 4*

---

**Narrative**

MASON COUNTY SHERIFF'S OFFICE

At approximately 1756 hrs on 5/22/2012 I contacted a vehicle on Buckhorn Way in Hoodsport. Driver of the vehicle identified as Jacob M. Clary(DOB ▮▮▮▮▮▮▮) had outstanding felony warrants for his arrest.

While conducting a search incident to arrest on the subjects person I located some marijuana in his right cargo pocket for which the subject was in possession of a medical marijuana form. Further Jacob advised he had a bag containing a white residue under his seat. Jacob gave me permission to recover the bag underneath his drivers seat which he advised was given to him by Tylan Cuzik because the police had served a search warrant at his residence earlier that day and wanted someone to hold the bag for him.

Based on the fact the vehicle was being impounded and the Jacob was being booked into jail for his outstanding warrants I recovered the substances from Jacob and placing the items into evidence for destruction.

Law Enforcement position on release: Would the safety of an individual or the public be threatened if the suspect is released on bail or recognizance?
 Yes [ ]  No [ ]

---

I declare under penalty of perjury under the laws of the State of Washington that the foregoing facts and attached arresting agency affidavit are true and correct to the best of my knowledge (RCW 9A.72.085) and I am entering my authorized user ID and password to authenticate it.

Dated: 12/22/2012

Name/Per#: N. Birklid/1333

Signed in Mason County, Washington by:

_____ 133
Signature of Deputy

_____ #1162 OIC
Supervisor

4

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2012 JUN 19  AM 9: 53

BETTY J. GOULD, CLERK

94-1-1049-6

5288/6162



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**COURT- SPECIAL**
**SUPERVISION CLOSURE.**

| | | | |
|---|---|---|---|
| **REPORT TO:** | The Honorable Richard Strophy Thurston County Superior Court | **DATE:** | 5/21/2012 |
| | | **DOC NUMBER:** | 250315 |
| **OFFENDER NAME:** | CASTRO, Johnny R. | | |
| **AKA:** | Castro, Jonny R | **DOB:** | 11/10/1950 |
| **CRIME:** | Murder 1 | **COUNTY CAUSE #:** | 94-1-01049-6(AC) |
| **CONVICTION:** | Felony | | PLF |
| **SENTENCE:** | 24 months Community Custody Inmate | **DATE OF SENTENCE:** | 5/12/1995 |
| **LAST KNOWN ADDRESS** | S.E. 330 PICADILLY DR Shelton, WA  98584 | **TERMINATION DATE:** | 5/10/2012 |
| **MAILING ADDRESS:** | S.E. 330 PICADILLY DR Shelton, WA  98584 | **STATUS:** | Closed |
| | | **CLASSIFICATION:** | HNV |

**Check Only One Box:**

☐ **Community Custody Recalculation:** DOC has recalculated the offender's community custody range and his/her term of community custody has now expired. Therefore, DOC has closed supervision interest in this cause.

☐ **Supervision Eligibility:** The above cause has been screened and is not eligible for supervision by the Department of Corrections.  Therefore, we have closed supervision interest in this cause.

☒ **Sentence End Date:** The offender has finished the above cause's period of supervision.  Therefore we have closed supervision interest in this cause.  The following information reflects the offender's compliance with the indicated Court ordered requirements.

If notified by the Court, a Community Corrections Officer will be present to testify as to the reported violations.

DOC 09-265 (Rev. 08/03/11)                    1                    DOC 310.100, DOC 350.200, DOC 350.380

6

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2012 JUN 19 AM 9: 53

BETTY J. GOULD, CLERK

94-1-582-4

5288/6162



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

## COURT- SPECIAL
## SUPERVISION CLOSURE

REPORT TO: The Honorable Daniel J Berschauer
Thurston County Superior Court

OFFENDER NAME: CASTRO, Johnny R.
AKA: Castro, Jonny R.
CRIME: Rape of a Child 3
CONVICTION: Felony
SENTENCE: 24 months Community Custody
Inmate
LAST KNOWN ADDRESS: S.E. 330 PICADILLY DR
Shelton, WA 98584

MAILING ADDRESS: S.E. 330 PICADILLY DR
Shelton, WA 98584

DATE: 5/22/2012
DOC NUMBER: 250315

DOB: 11/10/1950
COUNTY CAUSE #: 94-1-00582-4(AB)

DATE OF SENTENCE: 2/1/1995

TERMINATION DATE: 5/22/2012

STATUS: Closed
CLASSIFICATION: HNV

**Check Only One Box:**

☐ **Community Custody Recalculation:** DOC has recalculated the offender's community custody range and his/her term of community custody has now expired. Therefore, DOC has closed supervision interest in this cause.

☐ **Supervision Eligibility:** The above cause has been screened and is not eligible for supervision by the Department of Corrections. Therefore, we have closed supervision interest in this cause.

☒ **Sentence End Date:** The offender has finished the above cause's period of supervision. Therefore we have closed supervision interest in this cause. The following information reflects the offender's compliance with the indicated Court ordered requirements.

If notified by the Court, a Community Corrections Officer will be present to testify as to the reported violations.

DOC 09-265 (Rev. 08/03/11)          1          DOC 310.100, DOC 350.200, DOC 350.380

10/27/20

## Court Report

### *Person*

| Name | | | DOB | Gender | Race |
|---|---|---|---|---|---|
| **JOHN RAY CASTRO** | | | 11/10/1950 | MALE | HISPANIC |

| SSN | DL # | DL State | SID # | FBI # |
|---|---|---|---|---|
| | CASTRJR507QS | WA | WA10744621 | 948430G |

| Height | Weight | Hair | Eyes |
|---|---|---|---|
| 5' 6" | 172 | BROWN | BROWN |

| Address | Phone |
|---|---|
| 330 SE PICADILLY DR SHELTON, WA 98584 | (360) 426-6122 |

| AKA/Moniker |
|---|
| |



### *Docket#/Charges*

| Case Number 94-1-149-6  94-1-01049-6 | Status INTERVIEWED | Category PRE TRIAL | Officer |
|---|---|---|---|
| Booking Number C0165562 | Docket Number 9411496 | Sentence Date | Sentence Expiration Date |
| Risk Assessment | | Supervision Level | Officer Safety |

| Crime Type | Crime Section | Crime Description |
|---|---|---|
| F | 9A.32..030 | MURDER 1ST DEGREE |
| F | 9A.44..079 | RAPE OF A CHILD 3RD DEGREE (OPPOSITE SEX) |

### *Release Recommendations/Conditions Of*

| Date | Recommendation | Staff |
|---|---|---|
| 10/27/2010 | RELEASE NOT RECOMMENDED | MCINTOSH, KELLEY |

FILED
SUPERIOR COURT
THURSTON COUNTY, WASH.

10 OCT 27 AM 10: 45

BETTY J. GOULD, CLERK

BY
DEPUTY

Page 1 of 2

**Court Report**

| *Criminal History* | | |
|---|---|---|
| *Date* | *Description* | *Agency* |
| 09/14/1994 | F 9A.32.030 MURDER 1ST DEGREE (ATTEMPT) | THURSTON COUNTY SHERIFFS OFFICE/94-1-1049-6 |
| 05/08/1994 | F 9A.44.079 RAPE OF A CHILD 3RD DEGREE (OPPOSITE SEX) | THURSTON COUNTY SHERIFFS OFFICE/94-1-582-4 |
| 10/21/1987 | GM 9A.36.041 ASSAULT 4TH DEGREE | THURSTON COUNTY SHERIFFS OFFICE |
| 12/02/1981 | T 46.61.5249 NEGLIGENT DRIVING IN THE 1st DEGREE | OLYMPIA POLICE DEPARTMENT |
| 03/11/1979 | T 46.61.504 PHYSICAL CONTROL | OLYMPIA POLICE DEPARTMENT |
| 04/06/1977 | T 46.61.5249 NEGLIGENT DRIVING IN THE 1st DEGREE | OLYMPIA POLICE DEPARTMENT |
| 12/13/1975 | F 69.50.401 UPCS (UNSPECIFIED) | THURSTON COUNTY SHERIFFS OFFICE |
| 02/13/1971 | FTA | OLYMPIA POLICE DEPARTMENT |
| 06/18/1969 | F 9A.36.031 ASSAULT 3RD DEGREE | THURSTON COUNTY SHERIFFS OFFICE |

| *Narratives (attached)* |
|---|
| 1. COURT REPORT |

16—2—01936—34
ORDYMT ____103
Order Denying Motion Petition
7790523

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2020 FEB 27 PM 2:02

Linda Myhre Enlow
Thurston County Clerk

## SUPERIOR COURT OF WASHINGTON
## IN AND FOR THURSTON COUNTY

| | |
|---|---|
| HOMES FIRST!,<br><br>          Plaintiff/ Petitioner,<br><br>vs.<br><br>CANDACE ARDEN,<br>          Defendant/ Respondent. | No.  16-2-01936-34<br><br>ORDER DENYING MOTION FOR<br>RECONSIDERATION AND STRIKING HEARING<br><br>☒ *Clerk's Action Required* |

This matter came before the Court upon Defendant's Motion for Reconsideration filed herein on February 14, 2020. This matter was decided *without* oral argument. The Court has reviewed all relevant pleadings. It is hereby ORDERED:

Defendant's Motion for Reconsideration is DENIED  and the hearing set for March 13, 2020, at 9:00 a.m. is stricken.

Dated: 27   of  February, 2020

_____
Honorable Judge Chris Lanese

Order- Page 1

THURSTON COUNTY SUPERIOR COURT
2000 Lakeridge Dr. S.W., Bldg 2
Olympia, WA  98502
(360) 786-5560
Fax: (360) 754-4060

1  ☐ **EXPEDITE** (if filing within 5 court days of hearing)
2  ☐ Hearing is set:
      Date: 3/13/2020
3     Time: 9:00 A M
      Judge/Calendar: Jones
4

RECEIVED
MAR 06 2020
GOLDSTEIN LAW OFFICE, PLLC

FILED
MAR -6 2020
Superior Court
Linda McRae Enlow
Thurston County Clerk

5

6  **SUPERIOR COURT OF WASHINGTON**
       **FOR THURSTON COUNTY**

7
8  Homes First

                                    Plaintiff(s)
9          vs.
   Candace Arder
10
                                    Defendant(s)
11

NO. 16-2-01936-34

**AFFIDAVIT/DECLARATION OF
SERVICE**

12                    **DECLARATION**

13 The undersigned is now and at all times herein mentioned was a citizen of the United States and resident of
   the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled
14 action and competent to be a witness therein.

15 I declare under penalty of perjury under the laws of the State of Washington that on March 6,
16 2020, at 4:00 am/pm, at 1800 Cooper Pt Rd. SW #. 80 Olympia Washington,
   Thurston County, Washington, I duly served the following documents in the above entitled matter upon
17 Kathleen Cooper , by then and there personally delivering a true and correct copy or
   copies thereof to and leaving same with         Goldstein Law Office

18                    **DOCUMENTS SERVED**
19 Affidavit in Support of Change of Venue
20 and Denial of Plaintiffs Motion to Dismiss

21
22 Signed this 6th day of March , 2020 at Olympia
                    Thurston County, Washington.

23
                                    Candace Arder
24                                  Signature
                                    Candace Arder
25                                  Printed Name/Title
                                    PO Box 51
26                                  Address
                                    Astoria OR 97103
27                                  360-915-2925
                                    Telephone
28

AFFIDAVIT OF SERVICE -1–                    M:\FORMS\Dec of Service.doc, 4/1/01



FILED

MAR ~ 6 2020

Superior Court
Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF THURSTON

| | | |
|---|---|---|
| HOMES FIRST, | ) | |
| | ) | No. 16-2-01936-34 |
| Plaintiff, | ) | |
| | ) | Affidavit in support of Change of |
| Vs. | ) | Venue and Denial of Plaintiff's |
| | ) | Motion to Dismiss |
| Candace M. Arden, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES, Defendant, Candace M. Arden, and in further answer to Plaintiff's Motion to Dismiss, makes the following Affidavit:

STATE OF WASHINGTON)
                 )ss:
COUNTY OF K I N G   )

NOW COMES THE DEFENDANT, Candace Arden, and after having been duly sworn upon oath, deposes and states the following:

1. That the case is tolled and has been since Defendant's PTSD as a result of the intense trauma caused by Homes First, HUD of Thurston County, The Olympia Police Department, Child Protective Services, and others later to be enjoined as a result of the constructive eviction of Defendant based upon deliberate, false and malicious actions of the landlord (and tenants at 501 18th Avenue SE, Olympia, Washington), who did not (deliberately) procure proper background checks on

Py(1)

tenants at 501 18th avenue SE, Olympia, WA. The landlord knew that Jabulina Lanum, aka Munson, Osgood, Richardson, etc. was pregnant and that this would add another 3 bedrooms to the 501 residence for a total of $975 leaving the 503 voucher of $700 available to purchase a new complex, which they did. This complex has an 18 year history of 911 calls and disturbances. I paid $122 to get the 911 cad call which went back only 5 years. "What a Scream!" The manager Lied about everything and I have a lot of recordings, videos, documentation showing just how bad the lies were. The Lanums were Jehovah Witnesses as was the whole of Homes First and its employees. I advised Homes First, Olympia Police Department, Child Protective Services Department of Social and Health Services and yet nothing was done.

## "REPORTING THE RAPE OF A CHILD IS MANDATORY. I REPEAT, REPORTING THE RAPE OF A CHILD IS MANDATORY, AGAIN I REPEAT, THE REPORTING OF THE RAPE OF A CHILD IS MANDATORY!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!"

2. The record clearly shows that the Defendant won the illegal and unlawful detainer action brought against her by Homes First on June 3, 2016, but defendant

Pg (2)

refused to stay. The landlord failed to obtain proper backgrounds checks on the neighbors (which backgrounds were well known by the Olympia Police Department and Homes First).  Evidence obtained by Defendant clearly shows criminal misconduct by Homes First, Olympia Police Department, etc.

Defendant agreed to move on and by the date set and agreed upon, and the Order dismissing Plaintiffs action and allowing defendant's claims was signed by Judge on 6/3/2016.  Defendant moved on the 10th as agreed, but the Order was not entered until June 17, 2016 by plaintiff's attorney.

DATED this _6th_ day of March, 2020.


SUBSSCRIBED AND SWORN TO before me this _14th_ day of March, 2020.

NOTARY PUBLIC in and for the
County of Thurston, State of
Washington, residing at _Tumwater_
My Commission expires on _09-17-2023_

X: _Carla M. Arkush_
See Exhibit I attached hereto + incorporated
herein as Exhibit I

Pg 3



2/7/2016

Video of Selfie dated 2/17/16

8:07 a.m. My phone was dead this morning so I had to charge it but boy that little girl just screamed. They took her back to the panic room. It was bad. It was bad.

8:20 a.m. Man it's Bad. Dani screams. This has gone on for 13 minutes
8:25 a.m. Kids Yelling, thumping and stomping..Boy yells Dani

10:45 a.m. The girl is Screeching and she is crying. What a nightmare. This goes on throughout the whole day

10:58 a.m. Dani screaming, screaming, screaming, screaming, scream for Dani, Screaming, Scream for Dani-- Dani screaming scream for Dani, slapping, I hear a punch with a fist, screaming, Dani is screaming and crying, screaming, screaming, a male voice is heard, It sounds like Josh – (its ugly) Jab says I told you don't touch her. Josh says, "if you need me to get out, let me know". Jab says, "I don't care, she's allowed to be in my room. Josh, if you need me to get out let me . Jab says , "Don't touch me.. . . . . Josh says something. And Jabulina says, There is slapping. "Mr. I like a steak not a burger.. . . . .Jab, Don't touch her Don't touch me. You don't *have the right to touch her period. Second, watch your mouth. You her me.* You do not use that word in this house period.

11:39 a.m. Um. the screaming started at 8:30 this morning of the little Dani girl. And I have not felt very good and I am sick to my stomach and I am *really sick to my stomach now, but of all the times that I tried to catch the* screaming and the crying it was maybe about mid morning or around ten, 8:30 started 8;30 around ten, 10:30 or so the little girl was screaming I m naked. I thought I heard her say I'm naked and she was screeching and crying

5:06 p.m. Sounds of bumping and yelling – I can hear Jab and Josh yelling at each other. It sounds like people are being hit and slapped. I am not sure if there is crying. They are back in the panic room. I can hear him yelling, Joshua Lanum yelling and I can hear Jabulina yelling. It doesn"t sound good.

5:20

5:31 p.m,  The baby girl, well there is two of them now, Dani is just screeching and crying again.  I am going to stop.

5:36 p.m.  The little is just screeching right now and I can hear Josh in the background in the panic room, but it's faint but I am sitting on my couch and I can hear the blood curdling screams of that Dani girl.  Now I am going to call 911 because I don't know if they got a gun.  Today has been one of those intense days. . . .

5:38 p.m.  It sounds like somebody has been slapped all day.  The little girl is screeching and crying again and they are all in the panic room – trust me.

5:41 p.m.  A lot of thumping and stomping – it's not very loud, but boy they are fighting.  I can hear him yelling in the background – Wow.  That much I can.  One thing is that the car has been parked out front and it hasn't moved not since Friday morning and I just heard a scream a thump and a scream andd beyond that -- well it's bad.  I can hear a smoke alarm.  I thought I heard the sound of fists.  They are fighting.  There is definitely domestic violence tonight. . . . .

6:11 p.m.  The little girl has just screamed right now.  She is screaming and crying.  You can hear Joshua in the background.  It sounds like she is being slapped.  It sounds like she is being slapped.  They are in the panic room and can't quite tell what is going on.  This going to be a bad night and I can hear strange noises.  I am going to stop.

6:15 a.m.  The little girl just screeched again -- she did.  I am going to stop right not.  This is a nightmare.

6:28 p.m.  Fighting.  I can hear Josh.  The little girl is screaming and I can hear josh in the background.  The mom is screaming in the background.

6:42 p.m.  The girl is screeching and there is a lot of thunder hooves going on.  I don't know what is really going on.     Joshua Lanum is very vocal.

7:12 p.m. The little girls has screamed – not good.

8:30 p.m.  It hasbeen very quite for the past hour.  Thank God.

1/10/2019                                    Encrypted Message

Encrypted Message                                    candacearden@gmail.com    Sign Out    ?

## Candace Arden

SB    **Sharon Bonn** <SharonB@ccmh1.com>                    ↩ Reply all | ⌄
      Today, 9:01 AM
      Doug.Bales@co.Thurston.WA.US; candacearden@gmail.com  ⌄

Hello Mr Bales:

I am writing to you at the request of my client Candace Arden.  Per Candace, she has a hearing schedule with Judge Lanese  for tomorrow 1/11/19.
It is unclear to me what this hearing is about specifically; However, Candace has requested that I as her mental health counselor, advocate for a leave of absence for her in regard to this hearing (if possible) due to adverse affects on her mental health.
Candace is adamant that she wants to see this process through but is hoping hearing can be delayed until August of this year.  Please feel free to respond to this email or call me at (503)438-2140 with any questions or if Candace has certain legal and/or time sensitive requirements that she may not be fully aware of.

Best,
Sharon L. Bonn


Sharon L. Bonn, MSW, CSWA
Mental Health Counselor II
Intensive Behavioral Health Services
Columbia Community Mental Health
Phone: 503-438-2140
Fax: 503-438-2194


This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you very much. [encrypt]

🔒 Message Encryption by Microsoft Office 365

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF THURSTON

| | | |
|---|---|---|
| HOMES FIRST, | ) | No. 16-2-01936-34 |
| Plaintiff, | ) | |
| | ) | Affidavit in support of Change of |
| Vs. | ) | Venue and Denial of Plaintiff's |
| | ) | Motion to Dismiss |
| Candace M. Arden, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES, Defendant, Candace M. Arden, and in further answer to Plaintiff's Motion to Dismiss, makes the following Affidavit:

STATE OF WASHINGTON)
                                        )ss:
COUNTY OF K I N G      )

NOW COMES THE DEFENDANT, Candace Arden, and after having been duly sworn upon oath, deposes and states the following:

1. That the case is tolled and has been since Defendant's PTSD as a result of the intense trauma caused by Homes First, HUD of Thurston County, The Olympia Police Department, Child Protective Services, and others later to be enjoined as a result of the constructive eviction of Defendant based upon deliberate, false and malicious actions of the landlord (and tenants at 501 18th Avenue SE, Olympia, Washington), who did not (deliberately) procure proper background checks on

tenants at 501 18th avenue SE, Olympia, WA. The landlord knew that Jabulina Lanum, aka Munson, Osgood, Richardson, etc. was pregnant and that this would add another 3 bedrooms to the 501 residence for a total of $975 leaving the 503 voucher of $700 available to purchase a new complex, which they did. This complex has an 18 year history of 911 calls and disturbances. I paid $122 to get the 911 cad call which went back only 5 years. "What a Scream!" The manager Lied about everything and I have a lot of recordings, videos, documentation showing just how bad the lies were. The Lanums were Jehovah Witnesses as was the whole of Homes First and its employees. I advised Homes First, Olympia Police Department, Child Protective Services Department of Social and Health Services and yet nothing was done.

## "REPORTING THE RAPE OF A CHILD IS MANDATORY. I REPEAT, REPORTING THE RAPE OF A CHILD IS MANDATORY, AGAIN I REPEAT, THE REPORTING OF THE RAPE OF A CHILD IS MANDATORY!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!"

2. The record clearly shows that the Defendant won the illegal and unlawful detainer action brought against her by Homes First on June 3, 2016, but defendant

*Pg 2*

refused to stay. The landlord failed to obtain proper backgrounds checks on the neighbors (which backgrounds were well known by the Olympia Police Department and Homes First).  Evidence obtained by Defendant clearly shows criminal misconduct by Homes First, Olympia Police Department, etc.

Defendant agreed to move on and by the date set and agreed upon, and the Order dismissing Plaintiffs action and allowing defendant's claims was signed by Judge on 6/3/2016.  Defendant moved on the 10th as agreed, but the Order was not entered until June 17, 2016 by plaintiff's attorney.

DATED this _6th_ day of March, 2020.


SUBSSCRIBED AND SWORN TO before me this _16th_ day of March, 2020.

NOTARY PUBLIC in and for the
County of Thurston, State of
Washington, residing at _Tumwater_
My Commission expires on _09-17-2023_

X: _Candace M. Anderson_

_See Exhibit I attached hereto + incorporated_
_herein as Exhibit I_

Pg 3

1/10/2019                                                                 Encrypted Message

Encrypted Message                                candacearden@gmail.com    Sign Out    ?

## Candace Arden

SB    **Sharon Bonn** <SharonB@ccmh1.com>                                   ⤺ Reply all | ⌄
      Today, 9:01 AM
      Doug.Bales@co.Thurston.WA.US; candacearden@gmail.com ⌄

Hello Mr Bales:

I am writing to you at the request of my client Candace Arden.  Per Candace, she has a hearing schedule with Judge Lanese  for tomorrow
1/11/19.
It is unclear to me what this hearing is about specifically; However, Candace has requested that I as her mental health counselor, advocate for
a leave of absence for her in regard to this hearing (if possible) due to adverse affects on her mental health.
Candace is adamant that she wants to see this process through but is hoping hearing can be delayed until August of this year.  Please feel free
to respond to this email or call me at (503)438-2140 with any questions or if Candace has certain legal and/or time sensitive requirements that
she may not be fully aware of.

Best,
Sharon L. Bonn


Sharon L. Bonn, MSW, CSWA
Mental Health Counselor II
Intensive Behavioral Health Services
Columbia Community Mental Health
Phone: 503-438-2140
Fax: 503-438-2194


This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain
information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the
intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not
use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have
received this message in error, please immediately advise the sender by reply email and delete the message. Thank
you very much. [encrypt]

🔒 Message Encryption by Microsoft Office 365

Candace M. Arden
PO Box 5
Astoria OR 97103
Phone 360-915-2725

Long Beach City Hall
115 Bolstad St
98361 Ocean Beach Blvd S
Long Beach, WA   ~~98664~~ 98631

Re: Public Disclosure Request RCW 42.56
Videotape(s) etc of Street video(s) of
Bolstad St + Ocean Beach Blvd S.
Long Beach, WA 98631

Dear Public Disclosure Officer!

Pursuant to RCW 42.56, I request all
video(s) of the above named streets between the hours
of 11:45am + 12:45pm on January 3, 2021, taken
by your video cameras by whatever technical devices
used in your possession to be made readily ~~made~~
available for pickup by Candace Arden. Please
call 360-915-2725 when video, etc, are made
for pickup. Thank you

Candace M. Arden

Return Documents to Hand Delivered
Candace Arder
P O Box 51
Astoria OR
97103

Public Disclosure
Request
RCW 42.56

4/12/12

4/12/12

Prosecutor of Long Beach
Long Beach Police Department
2102 Pacific Ave
Long Beach WA 98631

Chief Required to
Comply & Secretary
of address their
copy after signing
on receipt

Dear Clerk / Chief / & Prosecutor

Re: City of Long Beach vs Candace Arder
Case # 21-0002/20-0002
Police Report Dated 1/02/2021

Dear Sir or Madame:

1. Please furnish all names of witnesses & their
phone numbers

2. Please furnish all DETAILS
of Photographs taken at the scene
of the accident Report dated 21-802
by Police officer Michael T Parker, Badge
313.

Sincerely
Candace M Arder

Public Disclosure
Request
RCW 42.56

4/12/12
Prosecutor of Long Beach
Long Beach Police Department
2102 Pacific Ave
Long Beach WA 98631

Dear Clerk / Chief / & Prosecutor

Re: City of Long Beach vs Candace Arden
Case # 21-0002/20-0002
Police Report Dated 1/02/2021

Dear Sir or Madame:

1. Please furnish all names of witnesses + their
   phone numbers
2. Please furnish all DETAILS
   of Photographes taken at the scene
   of the accident-Report dated 21-8002
   by Police office Michael T. Parker, Badge
   313.

Sincerely
Candace M Arden

In the Superior Court of the
State of WA

Response to Ruling
entered 10/5/2021

See: Exhibit # 9, Supreme
Court Ruling transfer Lower
Court Decisions on Speedy
trials.

2. The Police Officer did not
file a report immediately at the
time of accident. In fact, he did
not file a report until I made him
on the 14th of January. I MADE
HIM DO IT! See Exhibit I

3. The record or Appeal is
Fraud as follows; The Charging
document is missing on Appeal.
Line 23-24 on page 2 of Ruling
is false. The Picture in the accident
was a totally speech + different date/space
4. Paragraph 1-7 of the lines does
not apply to this case.

pg 1

4. Double Jeopardy is a Joke.
the Failure to yield dated & time
in May is being used for 3
different Neg driving charges
the Willeam Penoyr is to dese
fickle to figure out wich of these
(3) negligent charges that
he is using this accident for
failure to yield (Sign) should be
used to file Negligent charges
for the Dui in its stead.
But wait.: A man from
Seattle sees the accident + he
says that it was Deliberate

5. You Have only the
Ruling -- You do not have
the evidence. In Short:

Pg 2.

CITATION # 1A0090072 LBP CT

ARDEN, CANDACE M 112852

CRIMINAL ☐ ☑ TRAFFIC ☐ NON-TRAFFIC    COURT ORI # WA0250400    COURT ORI # WA0250023J    REPORT # 20-0002

IN THE ☑ DISTRICT ☐ MUNICIPAL COURT OF    SOUTH PACIFIC DISTRICT COURT    CITY/TOWN OF    LONG BEACH    PLAINTIFF VS. NAMED DEFENDANT

☑ STATE OF WASHINGTON ☐ COUNTY OF   THE UNDERSIGNED CERTIFIES AND SAYS THAT IN THE STATE OF WASHINGTON

1A0090072

DRIVER'S LICENSE NO. —    STATE ☐ EXPIRES    PHOTO ID MATCHED   ☐ YES ☑ NO    NAME: LAST   FIRST   MIDDLE   SFX.

A930674    OR 11-28-26    ARDEN   CANDACE   MARIE

ADDRESS: 5115 BIRCH ST    ☐ NEW ADDRESS   CITY   ASTORIA   STATE   OR   ZIP CODE   97103

EMPLOYER    EMPLOYER LOCATION    CELL/PAGER PHONE NO.    WORK PHONE NO.

DATE OF BIRTH   11-28-52   SEX F ☐   RACE W   HEIGHT 5'06"   WEIGHT 120   HAIR GRY   EYES XXX   RESIDENTIAL PHONE NO.    CITY/COUNTY OF   LONG BEACH/PACIFIC

VIOLATION DATE ON OR ABOUT 01/02/2021 14:10   LANG.   ☐ INTERPRETER NEEDED    AT LOCATION   PACIFIC AVENUE SOUTH   M.P. BLOCK #  100   STYLE UTILITY   COLOR WHITE

VEH LIC NO 089IXVE   STATE OR   EXPIRES 06-08-22    REF. TRAFFICWAY   BOLSTAD ROAD   MAKE TOYOTA   MODEL SCION XB   VEH YR 2006   TR YR

TR #1 LIC NO   STATE   EXPIRES    STATE   ZIP CODE    TR #2 LIC NO   STATE   EXPIRES   TR YR

OWNER/COMPANY IF OTHER THAN DRIVER

ADDRESS    CITY    STATE   ZIP CODE

ACCIDENT ☐ POSSIBLE INJURY   BAC   COMMERCIAL VEHICLE ☐ YES ☑ NO   16+ PASS ☐ YES ☑ NO   HAZMAT ☐ YES ☑ NO   EXEMPT VEHICLE ☐ YES ☑ NO   FIRE LEA

— DID YOU OPERATE THE FOLLOWING VEHICLE/MOTOR VEHICLE ON A PUBLIC HIGHWAY AND — DID THEN AND THERE COMMIT EACH OF THE FOLLOWING OFFENSES:

1. VIOLATION/STATUTE CODE 46.61.502   ☐ DUI   ☐ DV

2. VIOLATION/STATUTE CODE   ☐ DV

3. VIOLATION/STATUTE CODE   ☐ DV

4. VIOLATION/STATUTE CODE   ☐ DV

5. VIOLATION/STATUTE CODE   ☐ DV

RELATED #    DATE ISSUED 01-02-21   TIME

MANDATORY COURT APPEARANCE   APPEARANCE DATE

☑ TICKET SERVED ON VIOLATOR   ☑ TICKET REFERRED TO PROSECUTOR

☐ BOOKED

SOUTH PACIFIC DISTRICT COURT   CRIMINAL CITATION
7013 SANDRIDGE RD   You are charged with the crime(s) described on this form. You must respond to the court below.
LONG BEACH WA 98631

Court Contact Info:
Phone 1: (360)642-9417

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT I HAVE ISSUED THIS ON THE DATE AND AT THE LOCATION ABOVE, AND I HAVE PROBABLE CAUSE TO BELIEVE THE ABOVE NAMED PERSON COMMITTED THE ABOVE OFFENSE(S), AND I AM ENTERING MY AUTHORIZED USER ID AND PASSWORD TO AUTHENTICATE IT.

OFFICER MICHAEL PARKER    # 3L3
OFFICER    #

Traffic citations may go on your driving record.

IF YOU DO NOT APPEAR this may result in a warrant for your arrest and detention in jail. Also, if "Traffic" is checked you may lose your driver's license/privilege.

One of the following options applies:
1. If there is a date in the appearance date box you must appear in court at that date and time.
2. If there is a "number" in the appearance date box you must appear in court within the number of days indicated.
3. If the appearance date box is "blank", the court will notify you in writing when to appear. If you do not receive a notice within fifteen (15) days please contact the court immediately.

When you appear, you will be advised of your constitutional rights and the possible penalties if you are convicted. You also may be asked to enter a plea of NOT GUILTY or GUILTY.

IF RCW LISTED APPEARS BELOW PLEASE READ

RCW 46.61.502 Driving Under the Influence (DUI)
drive a motor vehicle and either: have a 0.08 or higher breath or blood alcohol concentration or THC concentration of 5.00 or higher within 2 hours after driving or be under the influence of or affected by liquor, marijuana, or any drug, or a combination of liquor, marijuana, and any drug.

RCW 46.20.342(1)(a) First Degree Driving While Suspended/Revoked (DWLS)
be an habitual traffic offender and drive a motor vehicle while an order of revocation issued under chapter 46.65 RCW prohibiting such operation is in effect.

RCW 46.20.342(1)(b) Second Degree Driving While Suspended/Revoked (DWLS)
drive a motor vehicle while an order of suspension or revocation prohibiting such operation is in effect, and not be eligible to reinstate the license or driving privilege.

RCW 46.20.342(1)(c) Third Degree Driving While Suspended/Revoked (DWLS)
drive a motor vehicle while the license or privilege to drive is suspended or revoked for (1) failure to furnish proof of financial responsibility pursuant to chapter 46.29 RCW; or (2) failure to furnish proof of financial responsibility pursuant to chapter 46.29 RCW; or (3) failure to comply with chapter 46.29 RCW relating to uninsured accidents; or (4) failure or neglect to respond to a notice of traffic infraction, appear at a requested hearing, pay a monetary penalty, or comply with the terms of a notice of traffic infraction or citation; or (5) suspension or revocation in another state that would not result in suspension or revocation in this state; or (6) failure to reinstate the driver's license or privilege after suspension or revocation in the second degree; or (7) the person has a support order, or any combination of the above.

PAGE 1 OF

*Phone 360-915- ... Candace Arden    Please Call*
*360-915-2725*

CC OOB OCEAN BEACH HOSPITAL    *4/8/2021*    Arden, Candace
174 First Ave North    MRN: 20017650304, DOB: 11/28/1952, Sex: F
Ilwaco WA 98624-9137  *Public Disclosure Request*    Adm: 1/2/2021, D/C: 1/2/2021

*APR 3 0 2021*

**ED Provider Notes by Kevin Ochoa, MD at 01/02/21 1441 (continued)**

| Result | Value | Ref Range |
|---|---|---|
| D-DIMER, QUANTITATIVE | 0.80 (H) | 0.19 - 0.50 mg/L |

*Please Advise me as to the name manafacturer of the machine That ran these Tests & what happens to the Blood samples that were left*

*Thank You*

**Ethanol**
Collection Time: 01/02/21  2:54 PM

| Result | Value | Ref Range |
|---|---|---|
| ALCOHOL, SERUM/PLASMA | 322 (HH) | 0 - 10 mg/dL |

**Lactic Acid**
Collection Time: 01/02/21  2:54 PM

| Result | Value | Ref Range |
|---|---|---|
| Lactate | 5.0 (H) | 0.7 - 2.1 mmol/L |

**Troponin I**
Collection Time: 01/02/21  2:54 PM

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | <0.017 | 0.000 - 0.055 ng/mL |

**TSH**
Collection Time: 01/02/21  2:54 PM

| Result | Value | Ref Range |
|---|---|---|
| TSH | 0.783 | 0.465 - 4.680 uIU/mL |

**Protime INR**
Collection Time: 01/02/21  2:54 PM

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 10.4 | 9.3 - 11.4 seconds |
| INR | 1.0 | 0.9 - 1.3 |

**ABO Rh**
Collection Time: 01/02/21  2:54 PM

| Result | Value | Ref Range |
|---|---|---|
| ABO Rh | O/Positive | |
| ABO | O | |
| Rh Type | Rh Positive | |

**Blood Gas, Arterial**
Collection Time: 01/02/21  3:03 PM

| Result | Value | Ref Range |
|---|---|---|
| pH, Arterial | 7.19 (LL) | 7.35 - 7.45 |
| pCO2, Arterial | 45 | 35 - 45 mm Hg |
| pO2, Arterial | 371 (H) | 80 - 100 mm Hg |
| HCO3, Arterial | 17.2 (L) | 22.0 - 26.0 mmol/L |
| Base Excess, Arterial | -10.8 (L) | -2.0 - 2.0 mmol/L |
| TCO2, Arterial | 19 | 19 - 24 mmol/L |
| O2 Saturation, Arterial | 100 | 95 - 100 % |
| FiO2 | 21.0 | % |

**Culture, Blood**
Collection Time: 01/02/21  3:19 PM
Specimen: Peripheral Blood

| Result | Value | Ref Range |
|---|---|---|
| Culture | | |

No growth: Monitored continually by instrument for 5 days

**Culture, Blood**
Collection Time: 01/02/21  3:19 PM
Specimen: Peripheral Blood

| Result | Value | Ref Range |
|---|---|---|
| Culture | | |

No growth: Monitored continually by instrument for 5 days

Arden, Candace (MR # 20017650304) Printed by [142105110] at 1/11/21  3:01 PM

TO:  Clerk of the Supreme Court

FROM:  Candace Arden, Appellant, Case No. 10105 - 6

EMAIL Address:  Supreme@Courts.wa.gov,

William Penoyar, penoyarlaw@comcast.net

DATE:  August 22, 2022

Please Find the attached Exhibit 1.  Also note That on August 18, 2022, at 2:18 pm., that a MEDIX Ambulance pulled into the Ocean View parking lot, Seaside, Oregon, and parked on a Slant right next to me.  I recorded their presence and abnormal parking in a slant position next to me (Also note that they do park here waiting for ambulance calls).  They have done this to me before, especially pulling out only to immediately return, position their ambulance at an angel, only to stare me down.

Upon review of the 911 Cad Call report and CD, Ocean Beach Hospital Staff, Medix, and witnesses, bot living, and presumed dead) the evidence is clear, this accident was staged to kill.

Also, during the typing of my statement, the library had many interruptions in their computer internet connection. I am endeavoring to resolve my problems in this area.  Also, there is a transcriptionist who has agreed to perform the necessary transcription of two CD's and the two DVD's, but I cannot afford to pay her up front.  I need to prepare a cost bill for her.

Yes, I do need time to review my health problems as a result of this accident. It is psychologically devastating to realize the calculated murder was FORGED to the extent that they state that they have no access to my health records, especially when they are in the ETC system and have access to ALL OF MY MEDICAL HISTORY from day 1, including my Polst.

Thank you for your time. I shall make a decision shortly as to what I should do next.

Forgive me.


Candace Arden

**From:**   Karen Hare & Nicole Eusebio <nikair@nwol.net>
**To:**   monalisa <monalisa@toledotel.com>
**Cc:**   Pat Wertheim <forident@aol.com>
**Date:**   Monday, July 30, 2001 5:39 PM
**Subject:** Re: Meeting

Candace, good to hear from you.  the time window you state is not good for me as my brother will be coming to visit and i have a very rigorous on-call schedule since we just lost one of our colleagues.  (Vance). perhaps we could work on this a little more unless there is some reason to move "heaven and earth"?  also, as far as travel goes...i am extremely nervous about travel and have to have some time to "prepare".  the last trip to miami is the first time in YEARS that i have flown.  i do not like flying and need at least one full day to recover from the drugs.  the travel is not easy for me and we must work around this for me to be comfortable and open.

> -----Original Message-----
> **From:** monalisa <monalisa@toledotel.com>
> **To:** Pat Wertheim <forident@aol.com>; Karen Hare <Nikair@nwol.net>
> **Date:** Monday, July 30, 2001 11:49 AM
> **Subject:** Meeting
>
> Dear Karen & Pat:
>
> Karen, I greatly appreciate your zeal on this project and yes I do go "Within" for information.  Going "Within" is ancient and nothing new to man.
>
> If things go accordingly, I would like to meet both of you in Washington State on my parents farm.  It is beautiful and peaceful and the mind can be free of all encumbrances.  I know, Pat, that you and your family are moving to Arizona and I hope that the following dates may be available for you to come.  The time frame is potentially between August 4th through the 13th.  Perhaps somewhere in between these dates we can meet.  I will do my best to make financial and travel arrangements for both of you before then.  Also, I will send you the different generations of the photographs of the Lady with the Ermine showing ridge detail 1, then 2 and 3.  Also, I would like you to view the CD of the photographs and will include that as well.  You both are probably computer experts and know how to manipulate the computer image of the photographs to your benefit whereas I am totally ignorant.
>
> And yes, what we three are doing is important for mankind's sake, for its proof shall bring forth meaning and purpose to the whole of life.   Also, as for publishing, the knowledge that you gain from our meeting is yours, both of you.  Everything that I have to give is for the world.  I do not own any of it.  I gave up that right 500 years ago -- Well -- Rights are an illusion of this earth plane and have no grounds or merit beyond.  Besides nothing is kept from man when he knows how to go "Within" and that is the end purpose of evolution on this Earth -- to know God from "Within".
>
> I hope that we can all meet at our farm.  It is beautiful and I would like to show you some of Washington's beauty, not to mention the farm on which I was raised.  It is interesting.  There are no coincidences and nothing is by chance, so, be aware that you will be staying in a place called Alpha.
>
> I look forward to hearing from you both.
>
> As Always,
>     In Humble Simplicity,
>         Candace M. Arden

12/1/01

Public Disclosure Request

On 1/2/2021 I was received by your hospital for injuries. A Blood Alcohol test was done + I had a Blood Value of 322 (HH) drawn at 2:54 PM. The test Reads as on Alcohol, Serum/Plasma, ~~10 mg/L~~ Ref Range ~~Lactic Acid~~ (Reference Range 0-10mg/dL)

Lactic Acid 0/02/21 2:54 PM
Result Value 5.0(H) Ref Range .09-21 mmol/L

~~Profile~~ See Attached Sheet underscored. What happens to the Blood after the tests are done

Candace Ander

Please call when you can.
Thank You.



**HOSPITAL**
& MEDICAL CLINICS

*Public Hospital*
*District 3 of Pacific County*

*Board of Commissioners*
Nancy Gorshe – Chairman
Sandra Stonebreaker
Madeline Moore
Ariel Smith
Kathlynn Northrup-Snyder

*Chief Executive Officer*
Larry Cohen

*Chief Nursing Officer*
Brenda Sharkey

*Ocean Beach Hospital*
P.O. Drawer H
Ilwaco, WA 98624-0258
360-642-3181
Fax 360-642-8070

*Ocean Beach Medical Group:*

*Ilwaco Clinic*
P.O. Box N
Ilwaco, WA 98624-0319
360-642-3747
Fax 360-642-3361

*Naselle Clinic*
P.O. Box N
Naselle, WA 98638-0186
360-484-7161
Fax 360-484-7178

*Ocean Park Clinic*
1501 Bay Ave, Suite 201
Ocean Park, WA 98640
360-642-6387
Fax 360-642-0064

May 5, 2021


Candance Arden
P.O. Box 51
Astoria, OR 97103

RE: Public Disclosure Request

Dear Ms. Arden,

Here is the requested information.

| Test name | Manufacturer Name | Analyzer Model Name | Specimen Stability |
|-----------|-------------------|---------------------|--------------------|
| D-Dimer | Sysmex | CA-660 | 4 hrs. |
| Ethanol/Alcohol | Siemens | Dimension® EXL™ | 7 days |
| Lactate | Siemens | Dimension® EXL™ | 24 hrs. |

We keep leftover from specimens refrigerated for 7 days or 24 hours room temperature for coagulation samples only. We cannot do an add on if the specimen passed the stability.


If you have any further questions, please contact me either by email or phone.

Sincerely,

Tammie Jefferies
Executive Assistant
tjefferies@oceanbeachhospital.com
(360) 642-3181

148 Wash.2d 75
Supreme Court of Washington,
En Banc.

CITY OF SEATTLE, Appellant,

v.

Fawn ALLISON, Respondent.

No. 71302–2.

|

Argued June 11, 2002.

|

Decided Dec. 12, 2002.

|

Reconsideration Denied Jan. 31, 2003.

**Synopsis**

Defendants were charged with driving while intoxicated. The Seattle Municipal Court suppressed breath-alcohol test results. City appealed. The Supreme Court, Madsen, J., held that: (1) former statutory breath test rule did not require operator to ascertain actual temperature of simulator solution, but rather required operator, as prerequisite to obtaining sample of subject's breath, to observe whether the temperature of the simulator solution was 34 degrees centigrade plus or minus 0.2 degrees centigrade, and (2) breath test documents, showing results of breath test conducted after operator observed temperature of simulator solution was 34 degrees centigrade plus or minus 0.2 degrees centigrade pursuant to former breath test statute, constituted a sufficient foundation for admissibility of test results.

Reversed and remanded

Sanders, J., filed a dissenting opinion in which Johnson, J., concurred.

Chambers, J., filed an opinion concurring in the dissent.

West Headnotes (12)

[1]    **Automobiles**
    Conduct and Proof of Test;Foundation or Predicate

In order to satisfy its initial burden to establish foundation for admissibility of breath test results, the prosecution must show that (1) the machine was properly checked and in proper working order at the time of the test, (2) the chemicals used were of the correct kind and proportion, (3) the subject had nothing in his mouth at the time of the test, and (4) the test was given by a qualified operator and in the proper manner.

Cases that cite this headnote

[2]    **Automobiles**
    Conduct and Proof of Test;Foundation or Predicate

Compliance with approved breath test procedures is a condition precedent to admission of the test results.

1 Cases that cite this headnote

[3]    **Automobiles**
    Procedure;evidence and fact questions

Once the foundational requirements for admissibility of breath test results are established and the test results are admitted, a defendant may then attack the test results in a particular case by introducing evidence refuting the accuracy and reliability of the test reading.

2 Cases that cite this headnote

[4]    **Automobiles**
    Conduct and Proof of Test;Foundation or Predicate

When the protocols and existing statutory provisions for administering breath test are followed, there is sufficient assurance of accuracy and reliability of the test results to allow for general admissibility of test results. West's RCWA 46.61.506(3).

1 Cases that cite this headnote

[5]    **Criminal Law**
    Review De Novo

City of Seattle v. Clark-Munoz, 152 Wash.2d 39 (2004)

93 P.3d 141

KeyCite Red Flag - Severe Negative Treatment
Superseded by Regulation as Stated in Ludvigsen v. City of Seattle,
Wash., December 20, 2007

152 Wash.2d 39
Supreme Court of Washington,
En Banc.

CITY OF **SEATTLE**, Petitioner,
v.
Wonda CLARK–**MUNOZ**, Respondent.
City of **Seattle**, Petitioner,
v.
Gareth Hall, Respondent.
State of Washington, Petitioner,
v.
Ted Jagla, Respondent.

Nos. 74579–0, 74602–8, 74603–6.
|
Argued March 23, 2004.
|
Decided July 1, 2004.



**Synopsis**
**Background:** Three defendants were charged with driving
under the influence, and defense counsel in each case
moved to exclude the results of breath tests on the grounds
that the test machine thermometers were not properly
certified. The Superior Court, King County, Jeffrey M.
Ramsdell, J., suppressed the tests. Prosecutors sought
writs of review at the Court of Appeals, and the Supreme
Court consolidated and transferred review.

**Holdings:** The Supreme Court, Chambers, J., held that:

[1] test machine thermometers were not properly certified,
and

[2] breath tests that did not comply with applicable statute
and state toxicology regulations were not admissible as
"any other competent evidence" of intoxication.

Affirmed.

**West Headnotes (10)**

[1] **Criminal Law**
      Review De Novo
The meaning of statutes and regulations are
questions of law, to be reviewed de novo.

1 Cases that cite this headnote

[2] **Automobiles**
      Conduct and Proof of Test; Foundation
or Predicate
The Supreme Court applies the standard rules
of statutory construction to state toxicology
regulations related to driving under the
influence (DUI), reading the regulations in
the context of the larger statutory and
administrative system, and avoiding strained
interpretations or absurd results. West's
RCWA 46.61.502, 46.61.504, 46.61.506(3).

4 Cases that cite this headnote

[3] **Criminal Law**
      Reception and Admissibility of Evidence
A trial judge's ruling on the admissibility of
evidence is reviewed for abuse of discretion.

1 Cases that cite this headnote

[4] **Criminal Law**
      Remand in General; Vacation
When a trial court ruling is based on a
mistaken interpretation of law, the Supreme
Court may vacate the decision or remand to
the trial court for reconsideration under the
correct standard.

Cases that cite this headnote

[5] **Automobiles**
      Driving while intoxicated
**Automobiles**
      Driving while intoxicated

City of Seattle v. Holifield, 150 Wash.App. 213 (2009)

208 P.3d 24

KeyCite Red Flag - Severe Negative Treatment
Reversed by City of Seattle v. Holifield, Wash., October 14, 2010

150 Wash.App. 213
Court of Appeals of Washington,
Division 1.

CITY OF SEATTLE, Petitioner,

v.

The Honorable George W. HOLIFIELD,
Seattle Municipal Court; Matthew Jacob;
John Wright; and Jacob Culley, Respondents.

No. 61679–0–I.

|

May 26, 2009.

**Synopsis**

**Background:** City sought writ of review of municipal court's suppression of breath test results for defendants charged with driving while under the influence of alcohol (DUI). The Superior Court, King County, Cheryl B. Carey, denied the writ. City sought discretionary review.

**Holdings:** The Court of Appeals, Leach, J., held that:

[1] suppression of evidence was not an available remedy under rule authorizing a court to dismiss a criminal prosecution where governmental misconduct prejudiced the rights of an accused;

[2] defendant was not prejudiced by toxicology laboratory manager's falsification of simulator solution certificates;

[3] enforcement of city's agreement with one of the defendants to reduce his charge to negligent driving was warranted; and

[4] city was entitled to a writ of review.

Reversed and remanded.

West Headnotes (12)

**[1]      Criminal Law**

**Review De Novo**

An appellate court reviews a lower court's interpretation of a court rule de novo.

Cases that cite this headnote

**[2]      Courts**

Construction and application of rules in general

Court rules are interpreted using principles of statutory construction.

Cases that cite this headnote

**[3]      Courts**

Construction and application of rules in general

Language in a court rule that is clear does not require or permit any construction.

Cases that cite this headnote

**[4]      Courts**

Construction and application of rules in general

Where there is no ambiguity in a court rule, there is nothing for the court to interpret.

Cases that cite this headnote

**[5]      Criminal Law**

Official Action, Inaction, Representation, Misconduct, or Bad Faith

**Criminal Law**

Operation and extent of, and exceptions to, the exclusionary rule in general

Dismissal should not be used as a remedy if suppression of evidence is available and will eliminate any prejudice caused by governmental misconduct, but the ground for suppressing evidence must be an independent common law or statutory ground; it is not available under the rule authorizing a court to dismiss a criminal prosecution where governmental misconduct prejudices the rights of an accused. CrRLJ 8.3(b).

# Lewis County District Court
## Request to Access Court Records

Person Requesting Information:

Name: _Candace Anden_

Address: _P.O. Box 51_

WSBA # _____

Phone Number: _360-915-9925_

Date of Request: _9/4/2019_

Time of Request: _9:15 AM_

CLERK'S ACTION: ☐ Above information verified with identification

Record/Information Requested: If this information concerns a named individual, please prove the necessary identifying information:

Full Name: _Dahlton Grady Anderson_   Date of Birth: _____

Address: _____   Violation Date: _3/15/2019_

Information you are requesting: _Citation + Police Report_ _92014 06264_
_92 014 0627_

I request to: ☐ View file   ☑ Copy document(s) from file

You may not disassemble any portion of a file. You may not take any file away from the Clerk's counter

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Signature: _Candace Anderson_   Date: _9/4/2018_   Location: _Chehalis_

Your request is subject to approval under the provisions of the Lewis County District Court Local Rule 9 regarding disclosure of records. Upon approval, the information will be provided as set forth in Rule 9.

Many requests for inspection or copying of public records can be completed by the close of the next business day following the day the request is made. If your request is not complicated and the record readily available, it may be processed at the time it is received. In some circumstances the processing of your request or an official response to your request may take up to five (5) business days. The department cannot respond to your request to inspect or copy a record unless this form is completed. If you have questions, please ask one of our employees. Thank you.

NOTE: The court can provide existing records only. The court will not gather, sort and/or create new documentation. The Court will not provide records held by other entities.

Disposition:

| Date | Action Taken | Name of Employee Processing Request |
|------|-------------|-------------------------------------|
| 9/17/14 | Copy of Notice of Appearance, Demand for Discovery, Citation | |
| | Index for Collection in Discovery. 8 pages x .25 | |
| | Nothing on File 97014062b | |

Request to Access Court Records 8/15 /f

**Lewis County District Court**
**Request to Access Court Records**

Person Requesting Information:

Name: Candace Culler    WSBA # _____

Address: P O Box 51
Astoria OR 97103

Phone Number: 360-915-2725
Date of Request: 9/4/2019
Time of Request: 9:45 pm

[stamp] SEP 04 2019

CLERK'S ACTION: ☑ Above information verified with identification

Record/Information Requested: If this information concerns a named individual, please prove the necessary identifying information:

Full Name: Dahlton Grady Anderson

Address: _____

Date of Birth: _____

Violation Date: 3/15/2019

Information you are requesting: Citation + Police Report or 220406264
2204062

I request to:  ☑ View file    ☑ Copy document(s) from file

You may not disassemble any portion of a file. You may not take any file away from the Clerk's counter

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Signature: Candace Anden    Date: 9/4/2018    Location: Chehalis

Your request is subject to approval under the provisions of the Lewis County District Court Local Rule 9 regarding disclosure of records. Upon approval, the information will be provided as set forth in Rule 9.

Many requests for inspection or copying of public records can be completed by the close of the next business day following the day the request is made. If your request is not complicated and the record readily available, it may be processed at the time it is received. In some circumstances the processing of your request or an official response to your request may take up to five (5) business days. The department cannot respond to your request to inspect or copy a record unless this form is completed. If you have questions, please ask one of our employees. Thank you.

NOTE:    The court can provide existing records only. The court will not gather, sort and/or create new documentation. The Court will not provide records held by other entities.

Disposition:

| Date | Action Taken | Name of Employee Processing Request |
|------|-------------|-------------------------------------|
| 9/4/19 | recvd records request | CB |
| 9/5/19 | called to advise request is done. Ms. Arden will be in on 9/6/19 | CB |

Request to Access Court Records 8/15 ff

| | | | | |
|---|---|---|---|---|
| ST-19-03318 | Bremerton WSP | 19-006348 | 3/18/2019 7:37 | |
| ST-19-03335 | Bremerton WSP | 19-006450 | 3/19/2019 8:37 | |
| ST-19-03336 | Bremerton WSP | 19-005658 | 3/19/2019 8:40 | |
| ST-19-03477 | Bremerton WSP | 19-006734 | 3/21/2019 13:26 | |
| ST-19-03641 | Bremerton WSP | 19-006942 | 3/26/2019 5:55 | |
| ST-19-03645 | Bremerton WSP | 19-006489 | 3/26/2019 6:03 | |
| ST-19-06122 | Bremerton WSP | 19-011448 | 5/24/2019 10:45 | |
| ST-19-06162 | Bremerton WSP | 19-011609 | 5/28/2019 9:12 | |
| ST-18-15343 | Burlington WSP | 18-033583 | 12/21/2018 8:15 | |
| ST-19-05293 | Burlington WSP | 19-010367 | 5/7/2019 12:48 | |
| ST-19-05018 | Chehalis WSP | 19-009662 | 4/30/2019 10:05 | |
| ST-19-01174 | Chelan Co Sheriff | 19C00679 | 1/25/2019 6:24 | |
| ST-19-02314 | Chelan Co Sheriff | 19C01613 | 2/21/2019 11:31 | |
| ST-19-02315 | Chelan Co Sheriff | 19C01725 | 2/21/2019 11:36 | 5/29/2019 |
| ST-19-02317 | Chelan Co Sheriff | 19C01573 | 2/21/2019 11:41 | |
| ST-19-02493 | Chelan Co Sheriff | 19C01874 | 2/27/2019 10:48 | |
| ST-19-02979 | Chelan Co Sheriff | 19C01793 | 3/8/2019 14:42 | |
| ST-19-03906 | Chelan Co Sheriff | 19C02858 | 4/1/2019 5:46 | 5/30/2019 |

Breath Simulator Solution
recalled after Ander
P leads guilty to
being in physical control

**D0030I Beginning of Docket**                                    **DD1000PI**
                                                        01/29/20 16:33:36
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
_____  Case: 9Z0140627 WSP CT                       StID: _ _____ __
       Name: _____      NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

S 03 15 2019 Case Filed on 03/15/2019                               MKY
S            DEF 1 ANDERSON, DAHLTON GRADY Added as Participant      MKY
S            ARR MAND Set for 03/15/2019 01:15 PM                    MKY
S            in Room 4 with Judge WSS                                MKY
S            Case linked to electronic ticket 9Z0140627             MKY
S            Received eTicket 9Z0140627 @ 12:35 AM by designated computer  SYS
             PDFD PROVIDED WITH DOCS                                 MKY
S            Defendant Arraigned on Charge 1                         HMP
S            Plea/Response of Not Guilty Entered on Charge 1         HMP
             WSS, CTRM 4, DEF FROM JAIL, PDFD TILLER, DPA RANDAZZO. WVS  HMP
             FORMAL ARR. RESERVES COUNSEL. PC EST. CONT TO PTR.      HMP
             RELEASED/PR'D WITH COND:                                HMP


**D0071I More records available.**                                **DD1000PI**
                                                        01/29/20 16:33:39
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
_____  Case: 9Z0140627 WSP CT                       StID: _ _____ __
       Name: _____      NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

    03 15 2019 - SHALL NOT POSSESS/CONSUME ANY ALCOHOL OR NON-PRESCRIBED  HMP
                 CONTROLLED SUBSTANCE TO INCL MARIJUANA OR BE IN A        HMP
                 BAR/TAVERN                                               HMP
                 - ONLY IF/WHEN CAMERA EQUIPPED PBT DEVICE IS ON DEF      HMP
                 DETERMINATION FOR PROBABLE CAUSE ESTABLISHED.            HMP
                 CONDITIONS OF RELEASE SIGNED.                            HMP
                 COPY OF CONDITIONS SENT W/TRANSPORT OFFICER              HMP
                 MA:CONFIRMED                                             HMP
                 COND OF RELEASE FAXED TO MERCEDES AT S/H MONITORING PER HER  KLD
                 RQST.                                                    KLD
S                ARR MAND: Held                                          HMP
S 03 18 2019 PTR Set for 04/10/2019 03:00 PM                             TDJ
S            in Room 1 with Judge WSS                                    TDJ
S            Notice Issued for PTR on 04/10/2019 03:00 PM               TDJ


**D0071I More records available.**                                **DD1000PI**
                                                        01/29/20 16:33:40
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
_____  Case: 9Z0140627 WSP CT                       StID: _ _____ __
       Name: _____      NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

    03 19 2019 LETTER FROM STAY HOME RE INSTALLATION OF ALC MONITORING   TDJ
               DEVICE. PLACED ON COND LEFT HAND SIDE OF FILE             TDJ
S 03 20 2019 PCN added to case                                          SNS
    03 22 2019 AFFIDAVIT OF MAILING-1 DVD FILED BY LCPA                  TDJ
    03 25 2019 NOA, DEMAND FOR JTR, DEMAND FOR DISCOVERY, BILL OF        TDJ
               PARTICULARS, ASSERTION OF AFFIRMATIVE DEFENSE & OMNIBUS   TDJ
               APPLICATION FILED BY ATY TIMOTHY RUSK                     TDJ
               LETTER FROM STAY HOME RE VIOL OF ALC MONITORING DEVICE.   TDJ
               PLACED ON CONF LEFT HAND SIDE OF FILE                     TDJ
S 03 26 2019 ATY 1 RUSK, TIMOTHY CARROLL Added as Participant            TDJ
S            on 03/26/2019                                              TDJ
             AFFIDAVIT OF MAILING-1 DVD FILED BY LCPA                    TDJ
    04 03 2019 AFFIDAVIT OF MAILING 1 DVD FILED BY LCPA                  TDJ
    04 05 2019 MOTION TO TRACK CRIMINAL W/INFRACTION FILED BY ATY RUSK   TDJ

**D0071I More records available.**                              **DD1000PI**
                                                    01/29/20 16:33:41
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
——— Case: 9Z0140627 WSP CT                    StID: _ _____ ___
      Name: _____      NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

  04 10 2019 WSS, CTRM 1, DEF, ATTY RUSK, DPA SURRATT. DEF'S MTN TO AMEND    HMP
             CONDITIONS OF RELEASE GRANTED. CONDITIONS AMENDED TO:           HMP
             - DEF NO LONGER REQUIRED TO HAVE PBT SO LONG AS HE KEEPS        HMP
               FUNCTIONING IID ON HIS VEHICLE, HIS PROVIDER AGREES IN       HMP
               WRITING TO NOTIFY THIS CRT OF ANY AND ALL IID FAILURES AND   HMP
               AGREES TO NOTIFY CRT IF/WHEN DEF REMOVES IID FROM HIS        HMP
               VEHICLE                                                      HMP
             ALL OTHER CONDITIONS REMAIN IN EFFECT. BY AGREEMENT OF THE     HMP
             PARTIES, CONT PTR TO 5/21/19. DEF SIGNED HRG NOTICE. WVR OF    HMP
             TIME FOR TRIAL SIGNED.                                         HMP
             CONDITIONS OF RELEASE SIGNED.                                  HMP
             DEFENDANT WAIVES SPEEDY TRIAL TO 8/19/19.                      HMP
             MA:CONFIRMED                                                   HMP
             SMART START IID VERIFICATION FILED. PLACED ON CONF LEFT HAND   TDJ

**D0071I More records available.**                              **DD1000PI**
                                                    01/29/20 16:33:42
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
——— Case: 9Z0140627 WSP CT                    StID: _ _____ ___
      Name: _____      NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

  04 10 2019 SIDE OF FILE                                                   TDJ
             PTR: Held                                                      HMP
S            PTR: Held                                                      HMP
  04 11 2019 LETTER FROM STAY HOME RE REMOVAL OF ALC MONITORING DEVICE.     TDJ
             PLACED ON CONF LEFT HAND SIDE OF FILE                          TDJ
S 04 15 2019 PTR MAND Set for 05/21/2019 10:00 AM                          TDJ
S            in Room 4 with Judge WSS                                       TDJ
  05 21 2019 WSS, CTRM 4, DEF, ATTY STERNIK FOR RUSK, DPA SURRATT. BY       ARP
             AGREEMENT OF PARTIES CONT PTR TO 06/04/2019. DEF SIGNED        ARP
             NOTICE TO APPEAR.                                              ARP
             MA:CONFIRMED                                                   ARP
S            PTR MAND: Held                                                 ARP
S 05 22 2019 PTR MAND Set for 06/04/2019 10:00 AM                          MKY
S            in Room 4 with Judge RWB                                       MKY
  06 04 2019 RWB, CTRM 4, DEF, ATTY KOVAC FOR ATTY RUSK. WAIVER OF TIME     ARP

**D0071I More records available.**                              **DD1000PI**
                                                    01/29/20 16:33:43
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
——— Case: 9Z0140627 WSP CT                    StID: _ _____ ___
      Name: _____      NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

  06 04 2019 FOR TRIAL SIGNED. BY AGREEMENT OF PARTIES CONT PTR TO          ARP
             08/20/2019. DEF SIGNED NOTICE TO APPEAR.                       ARP
             DEFENDANT WAIVES SPEEDY TRIAL TO 11/18/2019.                   ARP
             MA:CONFIRMED                                                   ARP
S            PTR MAND: Held                                                 ARP
S 06 05 2019 PTR MAND Set for 08/20/2019 10:00 AM                          TDJ
S            in Room 4 with Judge RWB                                       TDJ
  07 10 2019 DEF CALLED STATING THAT HE GETS HIS LICENSE REINSTATED         SNS
             TOMORROW AND WANTED TO KNOW IF HE COULD GET HIS IID REMOVED.   SNS
             ADVISED THAT HE NEEDS TO SPEAK WITH HIS ATTY ABOUT THIS        SNS
             MATTER.                                                        SNS
  08 20 2019 RWB, CTRM 4, DEF, ATTY RUSK, DPA SURRATT. WAIVER OF TIME FOR   ARP
             TRIAL SIGNED. BY AGREEMENT OF PARTIES CONT PTR TO              ARP
             10/08/2019. DEF SIGNED NOTICE TO APPEAR.                       ARP

**D0071I More records available.**                                    DD1000PI
                                                          01/29/20 16:33:44
DD1001MI Case Docket Inquiry (CDK)        LEWIS COUNTY DIST    PUB
_____    Case: 9Z0140627 WSP CT                        StID: _ _____ __
         Name: _____          NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

|  |  |  |
|---|---|---|
| 08 20 2019 | DEFENDANT WAIVES SPEEDY TRIAL TO 10/08/2019. | ARP |
|  | MA:CONFIRMED | ARP |
| S | PTR MAND Set for 10/08/2019 10:00 AM | TDJ |
| S | in Room 4 with Judge RWB | TDJ |
| S | PTR MAND: Held | ARP |
| 09 03 2019 | WOMAN CLD FOR INFORMATION ON CASE; DIRECTED HER TO OUR | KLD |
|  | WEBSITE TO FILL OUT A PUBLIC DISCLOSURE FORM. | KLD |
| 09 04 2019 | CANDANCE ARDEN AT COUNTER AND FILED RECORDS REQUEST. | CLL |
| 09 05 2019 | CALLED CANDACE ARDEN TO ADVISED RECORDS REQUEST IS READY AND | CLL |
|  | FILES HAVE BEEN PULLED. SHE STATED SHE WILL BE IN ON | CLL |
|  | 9/10/19. | CLL |
| 09 17 2019 | CANDANCE ARDEN AT COUNTER AND PAID $2.00 FOR COPIES. | CLL |
| S | 19261100201 Miscellaneous Payment Received      2.75 | GAR |
| S | for COPY/TAPE FEES | GAR |

**D0071I More records available.**                                    DD1000PI
                                                          01/29/20 16:33:46
DD1001MI Case Docket Inquiry (CDK)        LEWIS COUNTY DIST    PUB
_____    Case: 9Z0140627 WSP CT                        StID: _ _____ __
         Name: _____          NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

|  |  |  |
|---|---|---|
| 09 17 2019 | CANDANCE ARDEN PAID $2.75 FOR COPIES ON 9Z140627 $2.00 AND | GAR |
|  | C214785 25 CENTS. APPLIED MONIES TO THIS CASE AS C214785 HAS | GAR |
|  | BEEN PURGED. | GAR |
| 09 30 2019 | AGREED MOTION & ORDER FOR CONTINUANCE FILED BY ATY RUSK | TDJ |
| 10 01 2019 | PER JUDGE BUZZARD-MOTION/ORDER NOT SIGNED BY PA'S OFFICE. | TDJ |
|  | CONTINUANCE WILL BE ADDRESSED AT TIME OF HEARING ON 10/8/19 | TDJ |
| 10 02 2019 | 2ND AGREED MOTION & ORDER FOR CONTINUANCE W/PA'S SIGNATURE | TDJ |
|  | FILED BY ATY RUSK ALONG W/SPDY WAIVER THROUGH 1/27/20. | TDJ |
|  | CONTINUANCE TO 10/29/19 10AM GRANTED. JUDGE BUZZARD SIGNED | TDJ |
|  | COPY W/ATY'S ORIGINAL SIGNATURE | TDJ |
|  | COPY MAILED TO ATY RUSK & FORWARDED TO LCPA | TDJ |
| S | PTR MAND Rescheduled to 10/29/2019 10:00 AM | TDJ |
| S | in Room 4 with Judge RWB | TDJ |

**D0071I More records available.**                                    DD1000PI
                                                          01/29/20 16:33:47
DD1001MI Case Docket Inquiry (CDK)        LEWIS COUNTY DIST    PUB
_____    Case: 9Z0140627 WSP CT                        StID: _ _____ __
         Name: _____          NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI

        Case: 9Z0140627 WSP CT Criminal Traffic

|  |  |  |
|---|---|---|
| S 10 25 2019 | PTR MAND on 10/29/2019 10:00 AM | HMP |
| S | Changed to Room 4 with Judge PRO | HMP |
| S 10 29 2019 | Plea/Response of Guilty Entered on Charge 1 | HMP |
| S | Finding/Judgment of Awaiting Sentencing for Charge 1 | HMP |
| S | Case Heard Before Judge PROTEM JUDGE | HMP |
|  | PROTEM MCBETH, CTRM 4, DEF, ATTY RUSK, DPA AVERY. COP. | HMP |
|  | PLEA OF GUILT STATEMENT SIGNED BY DEF | HMP |
|  | PSI ORDER SIGNED; PROVIDE PROB WITH ALCH/DRUG EVAL W/IN | HMP |
|  | 30 DAYS. | HMP |
| S | PTR MAND: Not Held, Hearing Canceled | HMP |
| S | CHP: Held | HMP |
| S | Blood Alcohol Test Not Taken | KLD |
| S | Finding/Judgment of Guilty for Charge 1 | HMP |
| 10 30 2019 | ACR EMAILED TO DOL: MANDATORY CONVICTION | KLD |

```
D0071I More records available.                                    DD1000PI
                                                       01/29/20 16:33:48
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
_____ Case: 9Z0140627 WSP CT                    StID: _ _____ __
      Name: _____    NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI


       Case: 9Z0140627 WSP CT Criminal Traffic


   10 30 2019 FILE TO PSI STAND UP.                                 KLD
   11 04 2019 CONVICTION SHOWS CORRECT ON DOL ADR.                  KLD
   11 27 2019 CHANGE OF MAILING ADDRESS PER DEF.                    SMG
 S 12 09 2019 SEN MAND Set for 01/14/2020 10:00 AM                  TDJ
 S            in Room 4 with Judge WSS                              TDJ
 S 01 14 2020 Judge SAMUELSON, WADE S Imposed Sentence             HMP
 S            Court Imposes Jail Time of 364 Days on Charge 1      HMP
 S            with 362 Days  Suspended, and                         HMP
 S            1 Days Credit for time served                         HMP
 S            Total Imposed on Charge 1:                     595.00 HMP
 S            with       0.00 Suspended                             HMP
 S            And     769.93 Other Amount Ordered                   HMP
 S            WSS, CTRM 4, DEF, ATTY RUSK, DPA AVERY. SENTENCED. TO SERVE HMP
 S            2 DAYS W/ 1 DAY CFTS; JAIL COMMENCING 1/17/20 BY 7PM. RIGHT HMP
```

```
D0071I More records available.                                    DD1000PI
                                                       01/29/20 16:33:49
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
_____ Case: 9Z0140627 WSP CT                    StID: _ _____ __
      Name: _____    NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI


       Case: 9Z0140627 WSP CT Criminal Traffic
```

```
   01 14 2020 TO DRIVE SUSP/REVOKED FOR 90 DAYS. $194.43 DUI, $250 DUC, HMP
              $102.50 TPD, $43 CFD, $180 JAIL. OBTAINED DRUG/ALCH EVAL AND HMP
              COMPLETED TX. COMPLETED DUI VIP. DO NOT POSSESS/CONSUME  HMP
              ALCH, MARIJUANA OR NON-PRESCRIBED CONTROLLED SUBSTANCES.  HMP
              TP $50/MO STARTING 2/14/20. 2 COPIES (DEF/JAIL) JAIL COMMIT HMP
              PROVIDED TO DEF; COPY PLACED IN JAIL MAIL BIN AT FRONT    HMP
              COUNTER.                                                   HMP
              MA:CONFIRMED                                               HMP
 S            DUA : DUI:Lic/insr/no > .08 or refus                    GAR
 S            DUA Review Set for 01/14/2025                             GAR
 S            1) Not drive veh w/in st w/out a lic & proof of fin resp; 2) GAR
 S            Not drv veh w/in st w/BAC >=.08 or THC >=5.0 w/in 2 hrs after GAR
 S            driving; 3) Not ref BAC/BLD tst when law enf has reas grnds GAR
 S            to blve pers und inf while drvg or phys cont of veh w/in st. GAR
```

```
D0071I More records available.                                    DD1000PI
                                                       01/29/20 16:33:50
DD1001MI Case Docket Inquiry (CDK)      LEWIS COUNTY DIST    PUB
_____ Case: 9Z0140627 WSP CT                    StID: _ _____ __
      Name: _____    NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI


       Case: 9Z0140627 WSP CT Criminal Traffic
```

```
 S 01 14 2020 II : DUI Ignition Interlock                           GAR
              II = PER DOL                                          GAR
 S            NCR : No Criminal Violations                          GAR
 S            RTO : Restitution                                     GAR
 S            AAO : Alcohol Assessment                              GAR
 S            DRA : Drug Assessment                                 GAR
 S            VIC : Victims Panel                                   GAR
 S            NAD : No Alcohol or Drugs                             GAR
 S            NND : No Use of Non-prescribed Drugs                  GAR
 S            SEN MAND: Held                                        HMP
 S 01 15 2020 Defendant Complied with Alcohol Assessment           GAR
 S            Defendant Complied with Drug Assessment               GAR
 S            Defendant Complied with Victims Panel                 GAR
 S            Accounts Receivable Created                  1,364.93 GAR
```

**D0031I End of Docket**                                          **DD1000PI**
                                                        01/29/20 16:33:51
DD1001MI Case Docket Inquiry (CDK)     LEWIS COUNTY DIST     PUB
_____ Case: 9Z0140627 WSP CT                StID: _ _____ __
        Name: _____     NmCd: __
Name/Title: ANDERSON, DAHLTON GRADY
            DUI


        Case: 9Z0140627 WSP CT Criminal Traffic

| | | | | | | |
|---|---|---|---|---|---|---|
| S | 01 15 2020 | Restitution Recipient RTN 1 Added to Case | | | | GAR |
| S | | Restitution Amount Due RTN 1 | | | 194.43 | GAR |
| S | | Due on 01/14/2022 | | | | GAR |
| S | | Case Scheduled on Time Pay Agreement 1 for: | | | 1,364.93 | GAR |
| S | | First Pymt Date: 02/14/2020 Amt: | | 50.00 Freq: M Num: 28 | | GAR |
| S | 01 17 2020 | PRB 1 GOLDSBY, SHAWN        Removed | | | | DJS |
| | 01 22 2020 | WOMAN CLD-WOULD ONLY GIVE HER NAME AS CANDICE. ASKED IF | | | | GAR |
| | | THERE IS A DISPOSITION ON THIS CASE. ADVISED THAT CASE DOES | | | | GAR |
| | | HAVE DISPOSITION AND HAS BEEN SENTENCED. ADVISED THAT IF SHE | | | | GAR |
| | | WOULD LIKE ADDITIONAL INFO SHE CAN FILE PUBLIC DISCLOSURE, | | | | GAR |
| | | DIRECTED TO WEB SITE REGARDING SAME. | | | | GAR |
| | 01 29 2020 | CANDACE ARDEN AT COUNTER FILED PUBLIC RECORDS REQUEST TO | | | | SNS |
| | | VIEW FILE AND OBTAIN A COPY OF THE DOCKET NOTES. PROVIDED | | | | SNS |
| | | COPY OF DOCKET NOTES. | | | | SNS |

JAY INSLEE
Governor



JOHN R. BATISTE
Chief

**STATE OF WASHINGTON**
# WASHINGTON STATE PATROL
811 East Roanoke Street • Seattle WA 98102 • (206) 720-3018 • www.wsp.wa.gov

March 10, 2022

Washington Association of Prosecuting Attorneys
206 10th Ave SE
Olympia, WA  98501

Subject:  Potential Impeachment Disclosure Concerning Breath Test Documents – External Standard

On March 3, 2022, the Impaired Driving Section (IDS) discovered that it is possible for a breath test document to be produced for evidential tests performed on the Draeger Alcotest 9510 when the external standard check is outside the acceptable range of 0.072 to 0.088 g/210 L, inclusive, as defined in the Washington Administrative Code (WAC 448-16-050).

A comprehensive review of the approximately 130,000 evidential breath test data entries from the Draeger currently uploaded into the Impaired Driving Section database has been initiated.  To date, preliminary evaluation of these results has identified 29 instances where a breath test document was potentially produced when the Electrochemical (EC) External Standard result was outside the acceptable range.

A list of those tests which have been identified with an EC External Standard result outside the acceptable range is attached.

A representative of Draeger Diagnostics was notified of the issue by phone on March 4, 2022.  After analyzing raw data files from a sample of the affected breath tests, Draeger Diagnostics determined that in each case reviewed, the external standard concentration was entered as 0.081 g/210 L during a cylinder change.  The acceptable range was calculated by the instrument as ± 10% of this value, thus increasing the upper limit to 0.089 g/210 L.

Communication was sent to all technicians instructing them to only enter a value of 0.080 g/210 L as the concentration for the external standard.

If you need additional information, please contact Lieutenant Clark Jones at Clark.Jones@wsp.wa.gov.

Sincerely,

Lieutenant Clark G. Jones
Impaired Driving Section

CGJ:skh
Attachment
cc:    Dr. Fiona J. Couper, Forensic Laboratory Services Bureau
       Ms. Amanda M. Black, Toxicology Laboratory Division

| ST-19-03318 | Bremerton WSP | 19-006346 | 3/18/2019 7:37 | |
| ST-19-03335 | Bremerton WSP | 19-006450 | 3/19/2019 8:37 | |
| ST-19-03336 | Bremerton WSP | 19-005658 | 3/19/2019 8:40 | |
| ST-19-03477 | Bremerton WSP | 19-006734 | 3/21/2019 13:26 | |
| ST-19-03641 | Bremerton WSP | 19-006942 | 3/26/2019 5:55 | |
| ST-19-03645 | Bremerton WSP | 19-006489 | 3/26/2019 6:03 | |
| ST-19-06122 | Bremerton WSP | 19-011448 | 5/24/2019 10:45 | |
| ST-19-06162 | Bremerton WSP | 19-011609 | 5/28/2019 9:12 | |
| ST-18-15343 | Burlington WSP | 18-033583 | 12/21/2018 8:15 | |
| ST-19-05293 | Burlington WSP | 19-010367 | 5/7/2019 12:48 | |
| ST-19-05018 | Chehalis WSP | 19-009662 | 4/30/2019 10:05 | |
| ST-19-01174 | Chelan Co Sheriff | 19C00679 | 1/25/2019 6:24 | |
| ST-19-02314 | Chelan Co Sheriff | 19C01613 | 2/21/2019 11:31 | |
| ST-19-02315 | Chelan Co Sheriff | 19C01725 | 2/21/2019 11:36 | 5/29/2019 |
| ST-19-02317 | Chelan Co Sheriff | 19C01573 | 2/21/2019 11:41 | |
| ST-19-02493 | Chelan Co Sheriff | 19C01874 | 2/27/2019 10:48 | |
| ST-19-02979 | Chelan Co Sheriff | 19C01793 | 3/8/2019 14:42 | |
| ST-19-03906 | Chelan Co Sheriff | 19C02858 | 4/1/2019 5:46 | 5/30/2019 |



IN THE SUPREME COURT

OF THE STATE OF WASHINGTON

Supreme Court Cause No.  101051-6

Court of Appeals Division II Cause No. 56353-3-

In Re City of Long Beach,

Respondent,

And

Candace Marie Arden,

Appellant.

Motion for Reconsideration from Court of Appeals No.  56353-II
Appeal from Superior Court of Pacific County No. 21-00069-4
Judge Heidi Heywood, Judge Pro Tem
Appeal from City of Long Beach No. 1A0090072
Honorable Judge kris Kaino

# PETITION FOR A WRIT OF MANDAMUS
# MEMORANDUM OF POINTS OF AUTHORITIES

Candace Marie Arden, Petitioner
Astoria, Oregon 97l03
candacearden@gmail.com
Telephone: 503-7396374

1

Due to the nature of this most malicious action, and because of ill health, I am refraining from participating in this action at this time. I need to take a leave from this –It is tooooo TOXIC.

This is not a criminal traffic case, but one of murder, insurance fraud, and maliciousness.  I still have severe headaches, etc.

I have been advised by a prominent law firm specializing in automobile accidents, insurance fraud; and upon looking over the evidence, especially the illegal search warrant, obtained in violation of the hippa laws, the staged auto accidrent, AND THE DELIBERATE INJECTION OF 125 MICRO MILIGRAMS OF Fentenal into my system when I was unconscious and not breathing, and the paralyzing of my system is considered MURDER ONE ATTEMPTED.  I have been advised to take care of myself and take other necessary actions TO PROTECT MYSELF.     This is a case for MANDAMAS regarding corruption of law enforcement, medical malpractice, and judicial and prosecutorial branches, etc.   I am in the wrong court.

I am however, going to file what I have to give in this court.  Seattle vs., Allison, Seattle vs. Clark-Munez, and Seattle vs. Holifield, are still in vogue.  It appears that he Supreme Court has no power to correct our corrupt judicial/prosecutorial system.  I have helped people for 35 years – DON'T EXPECT ME TO CHANGE ANYTIME SOON --  I AM TOOOOO OLD.

Those cases do not apply to my case.  See the file attached.

THIS CASE MAKES ME SICK AND I NEED TO TAKE A BRAKE AND AM ADVISED TO TAKE APPROPRIATE NECESSARY ACTION.


STOP TRYING TO KILL ME AND STOP TRYING TO TERRORIZE ME.  I HAVE YOUR PHOTOGRAPHS—just don'T THINK I DON'T.

IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| CITY OF LOGBEACH, | ) |
| Respondent, | ) No. 1 0-1-0-6-1 - 6 |
| V. | ) Court of Appeals N. 56353 – 3 – II |
| Candace Marie Arden | ) (CORRECTED AND AMENDED) |
| Petitioner. | ) MOTION TO MODIFY RULING |
| | ) |

1. IDENTITY OF MOVING PARTY

Pro Se Petitioner, Candace Marie Arden, does herein seek a Motion to Modify the Ruling Dated September 8,2022. This Motion is based on the Following Affidavit:

A F F I D A V I T

STATE OF WASHINGTON):
　　　　　　　　　)SS:
COUNTY OF THURSTON )

NOW HERE COMES THE PETITIONER IN THE ABOVE ENTITLED

MATTER AND UNDER OATH, STATES THE FOLLOWING:

I.　　That I was Deprived of my rights to trial in the Court of the City of Long Beach and again in the Superior Court of Pacific County under Title 18, 241 and Title 18, 242.

II.    The City of Long Beach, did not file a probable cause affidavit, only a
citation dated January 2, 2021, filed on the 26th of January. The
Police didn't even know what my blood draw was until I told him on
the 11th of January 2021. The search warrant was illegally (I had to be
notified in writing) served and only the blood test would be
accessible, not my whole life history, of which much is omitted
pertinent details are admitted, including my POLST. Furthermore, the
search warrant had to be served upon hospital administration, not a
nurse. The Judge and the Prosecutor deprived me of my right to a
speedy trial on April 26th, 2021 and Again on May 10th by threatening
to with jail and imprisonment when I refused to sign the Motion to
amend the DWI to Neg Driving in the 2nd and when I tried to re-enter
my speedy trial pleading, which was ignored on April 26th when we
had a long argument (Prosecutor, Judge, and myself) on the speedy
trial right which expired on the day. He seems to think that I have a
mental problem going on – I do – I am a civil right activist because of
the corrupt court system. Another accident was intentionally created.
A man saw it and told me he saw the moped driver immediately speed
up and drive into the bike lane as I slowed to turn right. This man
gave me his phone number and name. The moped driver gave me a

*a week later written called him*

fake name and address. He tried to claim that he hurt his back, but I

took photos of him and when I told him about insurance fraud, he told

me that if I ever called him again, he would have me arrested for

telephone harassment.   Michael Parker threatened my life on July l,

2021, that if I ever entered Long Beach again he would perform a stop

that I would live to regret.   I have never been back.   In fact, when I

travelled to the Superior Court, I travelled through Longview and into

Lewis County through Pe Ell, etc.   The Superior Court Clerk of

Pacific County never allowed me to see the file or transcribe the tapes

from the district court once I discovered that the record on appeal was

defective.   The pro-tem who heard the case in Pacific County District

Court, totally ignored the fact that I did not agree to the CHARGE OF

NEGLIGENT DRIVEN IN THE SECOND DEGREE. *nor did I sign it*

SUBSCRIBED AND SWORN TO BEFORE ME THIS 23rd

Day of November 2022.

Signed by *Candace Arden*

Dated 11/23/2022   *Candace Arden*

NOTARY PUBLIC in and for
The County of *Thurston*
Residing at *Tumwater* .

*I further certify
under the penalty
of perjury that I served
a copy of the Amended (corrected Amended)
Corrected upon Ashley Flukinger at
Ashley at Flukinger Law.com
on the 22nd day of November 2022*

ALLEN J PEARSON
NOTARY PUBLIC
COMMISSION EXPIRES
210832
11-09-23
STATE OF WASHINGTON

## RELEVANT LAW

THIS IS A TITLE  18241 and 242 CIVIL RIGHTS DEPRIVATION

UNDER THE COLOR OF LAW.  NO ARGUMENT NECESSARY.

DATED this 22 day of November 22, 2022.

Candace M. Arden



LODGED

JUN 12 2023

WESTERN DISTRICT...
TACOMA
DEPUTY
BY

FROM:

Cardor Ayala
3095 Hwy 101N
Ste - 11 - 180
Bandon, OR 97938

TO: Clerks Office
United States District Court
1717 Pacific Ave, Room 3100
Tacoma, WA 98402 - 3200



Retail

US POSTAGE PAID

$9.55

Origin: 97138
06/09/23
4075360275-14

PRIORITY MAIL®

0 Lb 15.00 Oz

RDC 04

EXPECTED DELIVERY DAY: 06/12/23

SHIP
TO:    TACOMA WA 98402



USPS TRACKING® #



9505 5150 5102 3180 5285 00

